Prepared by:

*[signature]*

Nancy A. Washington
An Attorney at Law of
the State of New Jersey

May 26, 2004

# ASSIGNMENT OF JUDGMENT

**FOR GOOD AND VALUABLE CONSIDERATION,** the receipt and adequacy of which is hereby acknowledged, **CITYSCAPE CORP., a/k/a Cityscape Mortgage Corp.,** c/o AMC Financial, P.O. Box 8160, Waco, Texas 76714, ("Assignor") hereby grants, assigns, transfers and conveys to **CHEROKEE SOLUTIONS, INC.,** P.O. Box 6357, East Brunswick, NJ 08816, its successors and assigns ("Assignee"), without recourse, all of its right, title and interest in and to that certain Judgment entered on January 2, 2001, by the United States District Court for the Southern District of New York, in the action entitled <u>Cityscape Corp. v. Walsh Securities Corp.</u>, in Civil Action No. 98-0223(SHS), granting judgment in favor of plaintiff and against defendant in the amount of $4,732,568.93.

This Assignment of Judgment shall be binding on the parties and their respective successors and assigns.

This Assignment of Judgment is without recourse to Assignor in any manner whatsoever.

This Assignment of Judgment is made in accordance with and subject to the terms of a certain Assignment Agreement between Assignor and Assignee dated as of May 26, 2004.

**IN WITNESS WHEREOF,** the undersigned has executed this Assignment of Judgment on this 26'D day of May, 2004.

ATTEST:                                              CITYSCAPE CORP.

*[signature]*                                        By: *[signature]*

Name: J. Heyward Taylor                              Name: Bill N. Goss
Title: Chairman                                      Title: President

## CORPORATE ACKNOWLEDGMENT

STATE OF TEXAS           :
                         : S.S.:
COUNTY OF                :

Be it remembered, that on this 26th day of May, 2004, before me, the subscriber, in and for said county, personally appeared **BILL N. GOSS** who, I am satisfied is the person who assigned the within instrument as the **PRESIDENT** of CITYSCAPE CORP., a/k/a Cityscape Mortgage Corp., and delivered the same as such officer aforesaid, and that the within instrument is the voluntary act and deed of such association, made by virtue of a Resolution of its Board of Directors.

Witnesseth my hand and seal.



Notary Public

My commission expires:


## ASSIGNMENT OF JUDGMENT

To the Register or Clerk          CITYSCAPE CORP.,
                                  a/k/a Cityscape Mortgage Corp.,

County of                                to

                                  CHEROKEE SOLUTIONS, INC.


Record and return to:

Nancy A. Washington, Esq.
SAIBER SCHLESINGER SATZ
& GOLDSTEIN, LLC
One Gateway Center
13th Floor
Newark, New Jersey 07102