# SAIBER SCHLESINGER SATZ & GOLDSTEIN, LLC

ATTORNEYS AT LAW

ONE GATEWAY CENTER
13TH FLOOR
NEWARK, NEW JERSEY 07102-5311
TELEPHONE (973) 622-3333

TELECOPIER (973) 622-3349

WWW.SAIBER.COM

DAVID M. SATZ, JR.
BRUCE I. GOLDSTEIN+°
WILLIAM F. MADERER+°
DAVID J. D'ALOIA*
JEFFREY W. LORELL°
DAVID R. GROSS°
SEAN R. KELLY•°
ARNOLD B. CALMANN°
STEPHEN H. KNEE°
JOAN M. SCHWAB
JENNINE DISOMMA°
JAMES H. FORTE
VINCENT F. PAPALIA°
RANDI SCHILLINGER°
MICHAEL J. GERAGHTY•
NINO A. COVIELLO°
MICHELLE V. FLEISHMAN°
AGNES I. RYMER°
JAMES H. GIANNINOTO°
NANCY A. WASHINGTON
ERNEST E. BADWAY°
MARC C. SINGER°▲
SETH E. ZUCKERMAN
MARC E. WOLIN▲
DAVID A. COHEN

SAMUEL S. SAIBER
1929-2002
NORMAN E. SCHLESINGER
GEOFFREY GAULKIN
MORTON GOLDFEIN°
DAVID J. SATZ
HEIDI WEGRYN GROSS
*OF COUNSEL*

ROBERT B. NUSSBAUM
*COUNSEL*

°MEMBER OF NJ & NY BARS
▲MEMBER OF PA BAR
†CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL AND CRIMINAL TRIAL ATTORNEY
*CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY

RUTH D. KIRSHNER
CYNTHIA BROOKS
LAUREN KENDE°
JEREMY P. KLEIMAN°
JENNIFER S. MANHEIM°
JEFFREY SOOS
LISA M. PAPP°▲
DANALYNN T. COLAO°
MELISSA A. PROVOST
JULIA E. ROMERO°
CHRISTOPHER M. CHIAFULLO
CHRISTINA L. FICHERA°
CHRISTOPHER M. WOLFE
HOPE M. LLOYD
JENNIFER R. O'CONNOR
PAOLA CIAPPINA HEMSLEY
ANTHONY DEL GUERCIO°
DANIELLE PANTALEO°
JONATHAN D. LEVY▲
PHOEBE S. SORIAL°
WHITNEY R. CHELNIK°
MELISSA A. SILVER
COLIN R. ROBINSON
DANIELE N. HANKIN°
AMY WALKER°
DENNIS KADIAN°
JONATHAN M. BUSCH

## INSTRUCTIONS TO THE
## UNITED STATES MARSHAL

July 21, 2004

U.S. Department of Justice
United States Marshal's Service
District of New Jersey
Martin Luther King, Jr. Federal Building
   & U.S. Courthouse
50 Walnut Street, Room 2009
Newark, New Jersey 07102

     **Re:**    **Cityscape Corp. v. Walsh Securities Corp.**
          **Misc. Action No. 2:01-mc-00021 (KSH), Case No. 98-0223**

Dear Sir/Madam:

     Enclosed is a Writ of Execution, bearing the Seal of the Court, in connection with the above matter. The Writ of Execution specifically designates the property to be levied upon.

     Also enclosed is this firm's check no. 205842 in the amount of $300.00 representing a deposit toward the U.S. Marshal's service fees and mileage in connection with the attachment of the subject property. *We request that this Writ be served on an expedited basis.*

     Kindly advise me of the results of your attempts to serve the Writ. Also, please call if you have any questions or require any information.

               Very truly yours,

               DANIELLE PANTALEO

DP:as
Enclosures

{00349313.DOC}