7/21/2004

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Cityscape Corp. | Misc. Action No. 2:01-mc-00021 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Walsh Securities Corp., a/k/a Walsh Securities, Inc., a/k/a Walsh Securities Incorporated, f/k/a GF Mortgage., n/k/a Equity Rewards Mortgage, Inc. | |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

John A. Ducoff, Esq.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** Latham & Watkins, LLP, One Newark Center, 16th floor, Newark, NJ 07101

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

NANCY A. WASHINGTON, ESQ
SAIBER Schlesinger Satz + Goldstein
1 Gateway Center — 13th Floor
Newark, NJ 07102

| Number of process to be served with this Form - 285 | 01 |
|---|---|
| Number of parties to be served in this case | two |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                 Fold

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Nancy A. Washington | | (973) 622-3333 | 6/22/04 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 50 | District to Serve No. 50 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | | | E. Baskerville | 7/14/04 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above) | | Date of Service | Time | am |
| | | 7/26/04 | 3:14 | pm |
| | | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | .74 | | 45.74 | | | |

REMARKS:

RECEIVED USMS
NEWARK, N.J.
CIVIL

04 JUL 14 PM 5: 16

**DISTRICT**
**UNITED STATES ~~BANKRUPTCY~~ COURT**
**DISTRICT OF NEW JERSEY**

MC-2:01-00021 (KSH)
Case No. 98-0223

WRIT OF EXECUTION
FOR REGISTERED JUDGMENTS

TO THE MARSHAL OF THE UNITED STATES DISTRICT COURT, DISTRICT OF NEW
JERSEY

**WHEREAS,** judgment was entered on the 4th day of **January, 2001** in an action in the United
States Bankruptcy District Court, **Southern District of New York** between **Cityscape Corp.** plaintiff(s)
and **Walsh Securities Corp., a/k/a Walsh Securities, Inc., a/k/a Walsh Securities Incorporated, f/k/a
GF Mortgage Corp., n/k/a Equity Rewards Mortgage, Inc.,** defendant(s) in favor of said **Cityscape
Corp.** and against said **Walsh Securities Corp.,** for the sum of **$4,732,568.93** and costs taxed in the sum
of S-0- and assigned to **Cherokee Solutions, Inc.** by **Assignment of Judgment** dated May 26, 2004 as
appears by the Judgment filed in the Office of the Clerk of the United States District Court, District of
New Jersey; **and**

**WHEREAS,** the said Judgment was duly entered in the Office of the Clerk of the United States
District Court, District of New Jersey, and the sum of **$4,732,568.93,** plus taxed costs in the sum of S -0,
**plus post-judgment interest**[1] is now actually due thereon;

**THEREFORE,** you are hereby commanded to satisfy the said Judgment out of the personal
property of the said judgment debtor, as set forth in the attached affidavit, and if sufficient personal
property cannot be found, then out of the real property belonging to such judgment debtor at the time said
Judgment was entered in the Office of the Clerk of this Court, or at any time thereafter, in whosoever
hands the same may be, as set forth in the attached affidavit and that you do pay the moneys realized by
you from such property directly to said **plaintiff** or to their attorney in the said action, and return this
execution and your proceedings thereon within one (1) year after date of its issuance to the Clerk of the
United States District Court, District of New Jersey.

**WE FURTHER COMMAND YOU,** that in case of a sale, you make return of this Writ with
your proceedings thereon before said Clerk and pay to the Clerk of this Court any surplus in your hands
within thirty (30) days after said sale.

**WITNESS,** the Honorable _John W. Bissell_, a Judge of the United
States District Court, District of New Jersey this _8th_ day of _July_, 2004.

Prepared By:

_Nancy A. Washington_
**Nancy A. Washington**
An Attorney at Law

Address: **Saiber Schlesinger Satz & Goldstein**
**One Gateway Center - 13th Floor**
**Newark, New Jersey 07102**

William T. Walsh, Clerk
United States District Court

By _Charlie Vanlen_
Deputy Clerk

LEVY:
Damages...........................$4,732,568.93
Costs.................................$ -0-
Interest[1] from January 4, 2001 .... $
$

Besides Marshal's Execution Fees

---

[1] The judgment creditor reserves the right to add on the full amount of post-judgment interest that has accrued on the judgment
since January 4, 2001, in the event that the principal amount of the judgment is satisfied by assets seized.

MC-2:01-00021 (KSH)
Case No. 98-0223

## WRIT OF EXECUTION FOR REGISTERED JUDGMENT

COUNTY OF __ESSEX_____ :

STATE OF __NEW JERSEY_____ :       **AFFIDAVIT**

_____**Nancy A. Washington**_____ being duly sworn, says:

1.       I am the attorney for judgment creditor in the matter of **Cityscape Corp. v. Walsh Securities, Corp., Misc. Action No. 2:01-00021 (KSH)**, Case No. **98-0223**, and in that capacity and in conformance with N.J.S. 2A:17-1, et. seq., as made applicable to this case by Rule 69(a), Fed. R. Civ. P., I have reviewed financial statements regarding the judgment debtor's assets as provided on behalf of the judgment debtor, as well as public records thereof.

2.       I have determined the following non-exempt personal property of the judgment debtor is subject to execution in satisfaction of the judgment therein:

| PROPERTY DESCRIPTION | PROPERTY LOCATION |
|---|---|
| Any and all funds in their possession that belong to **Walsh Securities, Corp., a/k/a Walsh Securities, Inc., a/k/a Walsh Securities, Incorporated, f/k/a GF Mortgage Corp., n/k/a Equity Rewards Mortgage, Inc.,** including, but not limited to any funds maintained in Latham & Watkins, LLP Attorney Trust Account. | Latham & Watkins, LLP One Newark Center, 16th Floor Newark, New Jersey  07101 |
| **Contact at Location:**   John A. Ducoff, Esq. (973) 639-1234 ||

3.       I have determined the following non-exempt real property of the judgment debtor is subject to execution in satisfaction of the judgment therein:

**PROPERTY DESCRIPTION**          **PROPERTY LOCATION**

_____   _____

_____   _____
*Margaret Kruse*                              *(Signature)*

Subscribed and Sworn before me this

22 day of June 2004

Notary of _____

My Commission Expires _____        **RETURNABLE ON OR BEFORE**

MARGARET KRUSE
Notary Public of New Jersey
My Commission Expires 12/18/2006              July 8, 2005

Recorded in the Clerk's Office of the United States District Court for the District of New Jersey in Book __N 04__ of Executions, Page ___1_____.

William T. Walsh, Clerk
United States District Court

By: *Charlie Sankers*

Deputy Clerk

{00344173.DOC}

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CITYSCAPE CORP.,

                              Plaintiff,

          -against-

WALSH SECURITIES,

                              Defendant.

------------------------------------------------------------X

**98  CIVIL 0223** (SHS)
**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT
JUDGMENT #01,0012**

I, J. Michael McMahon, Clerk of this United States District Court certify that the attached

is a true and correct copy of the judgment entered in this action on January 4, 2001 as it appears in

the records of this court, and that * no notice of appeal has been filed, and no motion of any kind

listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on

April 23, 2004.

_____
**Clerk**

_____
**(By) Deputy Clerk**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



- - - - - - - - - - - - - - - - x
                                 :
CITYSCAPE CORP.,                 :
                                 :
            Plaintiff,           :       98 Civ. 223 (SHS)
                                 :
      v.                         :       JUDGMENT AND ORDER
                                 :
WALSH SECURITIES CORP.,          :       # 01, 0012
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - x

SIDNEY H. STEIN, U.S. District Judge.

        Plaintiff Cityscape Corp. ("Cityscape") having moved
this Court on October 22, 1999 for partial summary judgment on
Cityscape's breach of contract claim against defendant Walsh
Securities Corp., ("Walsh") for 32 loans (the "New Jersey
Loans") and

        The Court having given due and careful consideration
to the matters at issue and having set forth its findings of
fact and conclusions of law in Opinions dated June 8, 2000, and
October 20, 2000:

        WHEREAS, this Court's Order dated June 8, 2000 granted
Cityscape partial summary judgment on Cityscape's claims
relating to the 32 New Jersey Loans;

        WHEREAS, this Court's Order dated October 20, 2000
denied Walsh's claim for an offset of Cityscape's damages;

A CERTIFIED COPY
J. MICHAEL McMAHON,              **CLERK**

BY _Melanie L. Lopez_
       DEPUTY CLERK

Prepared by:

_Nancy A. Washington_ (signature)

Nancy A. Washington
An Attorney at Law of
the State of New Jersey

May 26, 2004

## ASSIGNMENT OF JUDGMENT

**FOR GOOD AND VALUABLE CONSIDERATION,** the receipt and adequacy of which is hereby acknowledged, **CITYSCAPE CORP., a/k/a Cityscape Mortgage Corp.,** c/o AMC Financial, P.O. Box 8160, Waco, Texas 76714, ("Assignor") hereby grants, assigns, transfers and conveys to **CHEROKEE SOLUTIONS, INC.,** P.O. Box 6357, East Brunswick, NJ 08816, its successors and assigns ("Assignee"), without recourse, all of its right, title and interest in and to that certain Judgment entered on January 2, 2001, by the United States District Court for the Southern District of New York, in the action entitled Cityscape Corp. v. Walsh Securities Corp., in Civil Action No. 98-0223(SHS), granting judgment in favor of plaintiff and against defendant in the amount of $4,732,568.93.

This Assignment of Judgment shall be binding on the parties and their respective successors and assigns.

This Assignment of Judgment is without recourse to Assignor in any manner whatsoever.

This Assignment of Judgment is made in accordance with and subject to the terms of a certain Assignment Agreement between Assignor and Assignee dated as of May 26, 2004.

**IN WITNESS WHEREOF,** the undersigned has executed this Assignment of Judgment on this 26'5 day of May, 2004.

ATTEST:

_____
Name: Heyward Taylor
Title: Chairman

CITYSCAPE CORP.

By: _____
Name: Brian H. Gross
Title: President

## CORPORATE ACKNOWLEDGMENT

STATE OF TEXAS      :
                            : s.s.:

COUNTY OF         :

     Be it remembered, that on this 26th day of May, 2004, before me, the subscriber, in and for said county, personally appeared **BILL N. GOSS** who, I am satisfied is the person who assigned the within instrument as the **PRESIDENT** of CITYSCAPE CORP., a/k/a Cityscape Mortgage Corp., and delivered the same as such officer aforesaid, and that the within instrument is the voluntary act and deed of such association, made by virtue of a Resolution of its Board of Directors.

     Witnesseth my hand and seal.



```
JERRY P. COWAN
Notary Public
STATE OF TEXAS
My Comm. Exp. 08/26/2007
```

_____
Notary Public

My commission expires:

## ASSIGNMENT OF JUDGMENT

To the Register or Clerk

County of

CITYSCAPE CORP.,
a/k/a Cityscape Mortgage Corp.,

to

CHEROKEE SOLUTIONS, INC.

Record and return to:

Nancy A. Washington, Esq.
SAIBER SCHLESINGER SATZ
& GOLDSTEIN, LLC
One Gateway Center
13th Floor
Newark, New Jersey 07102