| U.S. Department of Justice<br>United States Marshals Service | | | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. | | | 8/6/2004<br>③<br>AR |
|---|---|---|---|---|---|---|
| PLAINTIFF<br>Cityscape Corp. | | | | | COURT CASE NUMBER<br>Misc. Action No. 2:01-mc-00021 | |
| DEFENDANT Walsh Securities Corp., a/k/a Walsh Securities, Inc., a/k/a Walsh Securities Incorporated, f/k/a GF Mortgage, n/k/a Equity Rewards Mortgage, Inc. | | | | | TYPE OF PROCESS | |

SERVE → AT
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
John A. Ducoff, Esq.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Latham & Watkins, LLP, One Newark Center, 16th Floor, Newark, NJ 07101

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Nancy A. Washington
TELEPHONE NUMBER (973) 622-3333
DATE 7/21/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>3 | District of Origin<br>No. 50 | District to Serve<br>No. 50 | Signature of Authorized USMS Deputy or Clerk<br>E. Baskerville | Date<br>8/3/04 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
X [signature]
Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 8/12/2004   Time: 12:45 pm
Signature of U.S. Marshal or Deputy: [signature] A. Reid

| Service Fee<br>$45.00 | Total Mileage Charges (including endeavors)<br>0.74 | Forwarding Fee | Total Charges<br>45.74 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

## INSTRUCTIONS FOR SERVICE OF
## PROCESS BY THE U.S. MARSHAL

Please type or print legibly, insuring readability of all copies. DO NOT DETACH ANY COPIES.

Submit one complete set of this form (USM-285) and one copy of each writ for each individual, company, corporation, etc., to be served or property to be seized or condemned. The applicable fees for such service(s) (T28, USC Sec. 1921 establishes the fees for service of process by the U.S. Marshal) may be required prior to said service.

For service of any process upon an officer or agent of the United States Government, submit a copy of the writ and a set of Form USM-285 for each officer or agent upon whom service is desired. Submit three (3) additional copies of the writs for service upon the Government of the United States. The U.S. Marshal will serve one (1) upon the U.S. Attorney and will forward two (2) to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or his Deputy always certifies service on the U.S. Attorney and the Attorney General, regardless of whether other defendants on the writ were served.) Failure to provide any of the copies will delay service of the writ.

Complete all entries above the double line. Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the U.S. Marshal in expediting service.

If more than one writ and USM-285 is submitted on a single case, the U.S. Marshal will receipt for all of them on the first USM-285. You will receive for your records the last (No. 5) "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the writ is served, you will receive the No. 3 Notice of Service copy. This copy will be identical to the return to the Clerk of the Court.

Upon completion of all services (if the Marshals fees were not requested or tendered in advance or if additional fees are indicated), you will receive a "Billing Statement" (copy 4 of USM-285) from the United States Marshal. (NOTE: Copy 4 should be returned, by you, to the U.S. Marshal, together with your payment of the amount owed.)

Additional supplies of the USM-285 may be obtained from the Clerk of the U.S. District Court or U.S. Marshal, without cost.

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

8/6/2004

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Cityscape Corp. | Misc. Action No. 2:01-mc-00021 |
| DEFENDANT Walsh Securities Corp., a/k/a Walsh Securities, Inc., a/k/a Walsh Securities Incorporated, f/k/a GF Mortgage, n/k/a Equity Rewards Mortgage, Inc. | TYPE OF PROCESS |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Edward S. Mazzacco, Tax Collector of Long Branch City
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
344 Broadway, Long Branch, NJ 07710

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (973) 622-3333
DATE: 7/21/04

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 3
District of Origin No. 50
District to Serve No. 50
Signature of Authorized USMS Deputy or Clerk
Date: 8/3/04

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
X Edw. Mazzacco, Tax Collector

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 8/6/2004
Time: 2:28 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | 32.47 | | $77.47 | | | |

REMARKS: 8/06/2004  45.1 miles X 2 = 90.2 X .36 = 32.47
45.00
77.47

PRIOR EDITIONS MAY BE USED
**1. CLERK OF THE COURT**
FORM USM-285 (Rev. 12/15/80)

## INSTRUCTIONS FOR SERVICE OF
## PROCESS BY THE U.S. MARSHAL

Please type or print legibly, insuring readability of all copies. DO NOT DETACH ANY COPIES.

Submit one complete set of this form (USM-285) and one copy of each writ for each individual, company, corporation, etc., to be served or property to be seized or condemned. The applicable fees for such service(s) (T28, USC Sec. 1921 establishes the fees for service of process by the U.S. Marshal) may be required prior to said service.

For service of any process upon an officer or agent of the United States Government, submit a copy of the writ and a set of Form USM-285 for each officer or agent upon whom service is desired. Submit three (3) additional copies of the writs for service upon the Government of the United States. The U.S. Marshal will serve one (1) upon the U.S. Attorney and will forward two (2) to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or his Deputy always certifies service on the U.S. Attorney and the Attorney General, regardless of whether other defendants on the writ were served.) Failure to provide any of the copies will delay service of the writ.

Complete all entries above the double line. Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the U.S. Marshal in expediting service.

If more than one writ and USM-285 is submitted on a single case, the U.S. Marshal will receipt for all of them on the first USM-285. You will receive for your records the last (No. 5) "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the writ is served, you will receive the No. 3 Notice of Service copy. This copy will be identical to the return to the Clerk of the Court.

Upon completion of all services (if the Marshals fees were not requested or tendered in advance or if additional fees are indicated), you will receive a "Billing Statement" (copy 4 of USM-285) from the United States Marshal. (NOTE: Copy 4 should be returned, by you, to the U.S. Marshal, together with your payment of the amount owed.)

Additional supplies of the USM-285 may be obtained from the Clerk of the U.S. District Court or U.S. Marshal, without cost.

8/6/2004   ③

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

AR

| PLAINTIFF | Cityscape Corp. | COURT CASE NUMBER Misc. Action No. 2:01-mc-00021 |
|---|---|---|
| DEFENDANT | Walsh Securities Corp., a/k/a Walsh Securities, Inc. a/k/a Walsh Securities Incorporated, f/k/a GF Mortgage, n/k/a Equity Rewards Mortgage, Inc. | TYPE OF PROCESS |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
> Pamela D. LiPira, Tax Collector of Asbury Park
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** — One Municipal Plaza, Asbury Park, NJ 07712    Main Street

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  [x] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: (973) 622-3333   DATE: 7/21/04

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 3
District of Origin No.: 50
District to Serve No.: 50
Signature of Authorized USMS Deputy or Clerk
Date: 8/3/04

[x] I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, [x] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Dianne Vajda – Sr Tax Clerk
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
Date of Service: 8/06/2004   Time: 1:44 pm
Signature of U.S. Marshal or Deputy: Dep. A. Reid

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | | | $80.61 | | | |

REMARKS: 8/06/2004  47.8 miles X 2 = 95.6 X .36 = 34.41
Tolls $1.20
45.00
79.41
1.20
80.61

[Stamp: 2004 SEP 28 A 11:38 RECEIVED U.S. DISTRICT CT]

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

**INSTRUCTIONS FOR SERVICE OF
PROCESS BY THE U.S. MARSHAL**

Please type or print legibly, insuring readability of all copies. DO NOT DETACH ANY COPIES.

Submit one complete set of this form (USM-285) and one copy of each writ for each individual, company, corporation, etc., to be served or property to be seized or condemned. The applicable fees for such service(s) (T28, USC Sec. 1921 establishes the fees for service of process by the U.S. Marshal) may be required prior to said service.

For service of any process upon an officer or agent of the United States Government, submit a copy of the writ and a set of Form USM-285 for each officer or agent upon whom service is desired. Submit three (3) additional copies of the writs for service upon the Government of the United States. The U.S. Marshal will serve one (1) upon the U.S. Attorney and will forward two (2) to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or his Deputy always certifies service on the U.S. Attorney and the Attorney General, regardless of whether other defendants on the writ were served.) Failure to provide any of the copies will delay service of the writ.

Complete all entries above the double line. Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the U.S. Marshal in expediting service.

If more than one writ and USM-285 is submitted on a single case, the U.S. Marshal will receipt for all of them on the first USM-285. You will receive for your records the last (No. 5) "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the writ is served, you will receive the No. 3 Notice of Service copy. This copy will be identical to the return to the Clerk of the Court.

Upon completion of all services (if the Marshals fees were not requested or tendered in advance or if additional fees are indicated), you will receive a "Billing Statement" (copy 4 of USM-285) from the United States Marshal. (NOTE: Copy 4 should be returned, by you, to the U.S. Marshal, together with your payment of the amount owed.)

Additional supplies of the USM-285 may be obtained from the Clerk of the U.S. District Court or U.S. Marshal, without cost.

RECEIVED USM
NEWARK, NJ
CIVIL

04 AUG -3 AM 11: 34

UNITED STATES ~~BANKRUPTCY~~ District COURT
DISTRICT OF NEW ~~JERSEY~~

MC-2:01-00021 (KSH)
Case No. 98-0223

Alias WRIT OF EXECUTION
FOR REGISTERED JUDGMENTS

TO THE MARSHAL OF THE UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY

**WHEREAS,** judgment was entered on the 4th day of **January, 2001** in an action in the United States Bankruptcy District Court, **Southern District of New York** between **Cityscape Corp.** plaintiff(s) and **Walsh Securities Corp., a/k/a Walsh Securities, Inc., a/k/a Walsh Securities Incorporated, f/k/a GF Mortgage Corp., n/k/a Equity Rewards Mortgage, Inc.**, defendant(s) in favor of said **Cityscape Corp.** and against said **Walsh Securities Corp.**, for the sum of $4,732,568.93 and costs taxed in the sum of $-0- and assigned to **Cherokee Solutions, Inc.** by **Assignment of Judgment** dated May 26, 2004 as appears by the Judgment filed in the Office of the Clerk of the United States District Court, District of New Jersey; **and**

**WHEREAS,** the said Judgment was duly entered in the Office of the Clerk of the United States District Court, District of New Jersey, and the sum of $4,732,568.93, plus taxed costs in the sum of $-0-, **plus post-judgment interest**[1] is now actually due thereon;

**THEREFORE,** you are hereby commanded to satisfy the said Judgment out of the personal property of the said judgment debtor, as set forth in the attached affidavit, and if sufficient personal property cannot be found, then out of the real property belonging to such judgment debtor at the time said Judgment was entered in the Office of the Clerk of this Court, or at any time thereafter, in whosoever hands the same may be, as set forth in the attached affidavit and that you do pay the moneys realized by you from such property directly to said **plaintiff** or to their attorney in the said action, and return this execution and your proceedings thereon within one (1) year after date of its issuance to the Clerk of the United States District Court, District of New Jersey.

**WE FURTHER COMMAND YOU,** that in case of a sale, you make return of this Writ with your proceedings thereon before said Clerk and pay to the Clerk of this Court any surplus in your hands within thirty (30) days after said sale.

WITNESS, the Honorable Katharine S. Hayden, a Judge of the United States District Court, District of New Jersey this 23 day of July, 2004.

Prepared By:

Nancy A. Washington
An Attorney at Law

Address: **Saiber Schlesinger Satz & Goldstein**
**One Gateway Center - 13th Floor**
**Newark, New Jersey 07102**

William T. Walsh, Clerk
United States District Court

By: Charlie Sander
Deputy Clerk

LEVY:
Damages..................................$4,732,568.93
Costs......................................$   -0-
Interest[1] from January 4, 2001....$
                                         $

Besides Marshal's Execution Fees

---

[1] The judgment creditor reserves the right to add on the full amount of post-judgment interest that has accrued on the judgment since January 4, 2001, in the event that the principal amount of the judgment is satisfied by assets seized.

{00344173.DOC Ver: 2}



MC-2:01-00021 (KSH)
Case No. 98-0223

## WRIT OF EXECUTION FOR REGISTERED JUDGMENT

COUNTY OF __ESSEX__
STATE OF __NEW JERSEY__                           : **AFFIDAVIT**

__Nancy A. Washington__ being duly sworn, says:

1. I am the attorney for judgment creditor in the matter of **Cityscape Corp. v. Walsh Securities, Corp.**, Misc. Action No. 2:01-00021 (KSH), Case No. 98-0223, and in that capacity and in conformance with N.J.S. 2A:17-1, et. seq., as made applicable to this case by Rule 69(a), Fed. R. Civ. P., I have reviewed financial statements regarding the judgment debtor's assets as provided on behalf of the judgment debtor, as well as public records thereof.

2. I have determined the following non-exempt personal property of the judgment debtor is subject to execution in satisfaction of the judgment therein:

| PROPERTY DESCRIPTION | PROPERTY LOCATION |
|---|---|
| 1. <u>Any and all</u> assets owned or otherwise in the name of **Walsh Securities, Corp., a/k/a Walsh Securities, Inc., a/k/a Walsh Securities, Incorporated, f/k/a GF Mortgage Corp., n/k/a Equity Rewards Mortgage, Inc. (collectively "Walsh Securities")**, in the possession, custody or control of Latham & Watkins, LLP. | **Latham & Watkins, LLP**<br>One Newark Center, 16th Floor<br>Newark, New Jersey 07101<br><br>**Contact at Location:** John A. Ducoff, Esq. (973) 639-1234 |
| 2. <u>Any and all</u> funds in its possession that belong to **Walsh Securities, Corp., a/k/a Walsh Securities, Inc., a/k/a Walsh Securities, Incorporated, f/k/a GF Mortgage Corp., n/k/a Equity Rewards Mortgage, Inc.** | **Tax Collector of Long Branch City**<br>344 Broadway<br>Long Branch, New Jersey 07710<br><br>**Contact at Location:** Edward S. Mazzacco, Tax Collector (732) 571-5657 |
| 3. <u>Any and all</u> funds in its possession that belong to **Walsh Securities, Corp., a/k/a Walsh Securities, Inc., a/k/a Walsh Securities, Incorporated, f/k/a GF Mortgage Corp., n/k/a Equity Rewards Mortgage, Inc.** | **Tax Collector of Asbury Park**<br>One Municipal Plaza<br>Asbury Park, New Jersey 07712<br><br>**Contact at Location:** Pamela D. LiPira, Tax Collector (732) 775-2100 |

3. I have determined the following non-exempt real property of the judgment debtor is subject to execution in satisfaction of the judgment therein:

{00344173.DOC Ver: 2}

| PROPERTY DESCRIPTION | PROPERTY LOCATION |
|---|---|
| _(Signature)_ | _(Signature)_ |
| | **NADIRAH SHAKUR**<br>**Notary Public, State of New Jersey**<br>**I.D. No. 57990**<br>**Qualified in Essex County**<br>**Commission Expires Aug. 28, 2006** |
| Subscribed and Sworn before me this _21_ day of, _June_ 20_04_<br>Notary of _Essex County_<br>My Commission Expires _8/28/08_ | **RETURNABLE ON OR BEFORE**<br>_7/23/05_ |

Recorded in the Clerk's Office of the United States District Court for the District of New Jersey in Book _N04_ of Executions, Page _25_.

William T. Walsh, Clerk
United States District Court
By: _Charlie Sanders_
Deputy Clerk

{00344173.DOC Ver: 2}

PURVANSHI CHAVDA
Notary Public, State of New Jersey
ID: 1162509
Qualified in Essex County
Commission Expires Aug. 20, 2008

