# SAIBER SCHLESINGER SATZ & GOLDSTEIN, LLC

ATTORNEYS AT LAW

ONE GATEWAY CENTER
13TH FLOOR
NEWARK, NEW JERSEY 07102-5311
TELEPHONE (973) 622-3333

TELECOPIER (973) 622-3349

WWW.SAIBER.COM

BRUCE I. GOLDSTEIN+*°
WILLIAM F. MADERER+°
DAVID J. D'ALOIA*
JEFFREY W. LORELL°
DAVID R. GROSS°
SEAN R. KELLY*°
ARNOLD B. CALMANN°
STEPHEN H. KNEE°
JOAN M. SCHWAB
JENNINE DISOMMA°
JAMES H. FORTE
VINCENT F. PAPALIA
RANDI SCHILLINGER°∆
MICHAEL J. GERAGHTY°
NINO A. COVIELLO°
MICHELLE V. FLEISHMAN°
AGNES I. RYMER°
JAMES H. GIANNINO10°
NANCY A. WASHINGTON
ERNEST E. BADWAY°
MARC C. SINGER°∆
SETH E. ZUCKERMAN
MARC E. WOLIN∆
DAVID A. COHEN

SAMUEL S. SAIBER
1929-2002

GEOFFREY GAULKIN
ALFRED M. WOLIN
SPECIAL COUNSEL

DAVID M. SATZ, JR.
NORMAN E. SCHLESINGER
MORTON GOLDFEIN°
DAVID J. SATZ
HEIDI WEGRYN GROSS
OF COUNSEL

ROBERT B. NUSSBAUM
RUTH D. KIRSHNER
COUNSEL

* MEMBER OF NJ & NY BARS
∆ MEMBER OF NJ & PA BARS
+ CERTIFIED BY THE SUPREME
COURT OF NEW JERSEY AS A
CIVIL AND CRIMINAL TRIAL
ATTORNEY
° CERTIFIED BY THE SUPREME
COURT OF NEW JERSEY AS A
CIVIL TRIAL ATTORNEY

LAUREN KENDE°
JEREMY P. KLEIMAN°
JEFFREY SOOS
LISA M. PAPP°∆
TONI MARIE VACCARINO°
DANALYNN T. COLAO°
MELISSA A. PROVOST
CHRISTOPHER M. CHIAFULLO
CHRISTINA L. FICHERA°
CHRISTOPHER M. WOLFE
JENNIFER R. O'CONNOR
HOPE M. LLOYD°
ANTHONY DEL GUERCIO°
PAOLA CIAPPINA HEMSLEY
DANIELLE PANTALEO°
JONATHAN D. LEVY∆
PHOEBE S. SORIAL°
DEBORAH D'ANGELO
WHITNEY R. CHELNIK°
MELISSA A. SILVER
COLIN R. ROBINSON∆
PARIS DASKALAKIS°
DANIELE N. HANKIN°
DENNIS KADIAN°
JONATHAN M. BUSCH
HILLARY A. JURY°∆

September 28, 2004

**VIA FEDERAL EXPRESS**
Clerk, United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
     & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101
**Attn: Charlie Sanders**

Re:     **Cityscape Corp. v. Walsh Securities Corp.**
        **Misc. Action No. 2:01-mc-00021 (KSH), Case No. 98-0223**

Dear Ms. Sanders:

On behalf of Cherokee Solutions, Inc., holder by assignment of the above-referenced judgment, enclosed for filing please find an original and two (2) copies of a Writ of Execution and Affidavit in connection with the above matter.  Also enclosed are two (2) completed USM-285 Forms and my firm's check no. 206623 made payable to the U.S. Marshal's Service for $60.00 as a deposit towards the fee for serving the Writ.

Please process the paperwork and forward it to the U.S. Marshal for service. Please also send the Marshal's Service the enclosed letter of instructions.  Please feel free to call me if you have any questions regarding the above.

Very truly yours,

DANIELLE PANTALEO

DP:lcs
Enclosures

{00358001.DOC}