# SAIBER SCHLESINGER SATZ & GOLDSTEIN, LLC

ATTORNEYS AT LAW

ONE GATEWAY CENTER
13TH FLOOR
NEWARK, NEW JERSEY 07102-5311
Telephone (973) 622-3333

Telecopier (973) 622-3349

WWW.SAIBER.COM

BRUCE I. GOLDSTEIN
WILLIAM F. MADERER
DAVID J. D'ALOIA
JEFFREY W. LORELL
DAVID R. GROSS
SEAN R. KELLY
ARNOLD B. CALMANN
STEPHEN H. KNEE
JOAN M. SCHWAB
JENNINE DISOMMA
JAMES H. FORTE
VINCENT F. PAPALIA
RANDI SCHILLINGER
MICHAEL J. GERAGHTY
NINO A. COVIELLO
MICHELLE V. FLEISHMAN
AGNES I. RYMER
JAMES H. GIANNINOTO
NANCY A. WASHINGTON
ERNEST E. BADWAY
MARC C. SINGER
SETH E. ZUCKERMAN
MARC E. WOLIN
DAVID A. COHEN

SAMUEL S. SAIBER
1929-2002

GEOFFREY GAULKIN
ALFRED M. WOLIN
SPECIAL COUNSEL

DAVID M. SATZ, JR.
NORMAN E. SCHLESINGER
MORTON GOLDFEIN
DAVID J. SATZ
HEIDI WEGRYN GROSS
OF COUNSEL

ROBERT B. NUSSBAUM
COUNSEL

° MEMBER OF NJ & NY BARS
Δ MEMBER OF NJ & PA BARS
+ CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL AND CRIMINAL TRIAL ATTORNEY
* CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY

JEREMY P. KLEIMAN
JEFFREY SOOS
TONI MARIE VACCARINO
DANALYNN T. COLAO
MELISSA A. PROVOST
CHRISTINA L. FICHERA
CHRISTOPHER M. WOLFE
JENNIFER R. O'CONNOR
HOPE M. LLOYD
ANTHONY DEL GUERCIO
PAOLA CIAPPINA HEMSLEY
DANIELLE PANTALEO
JONATHAN D. LEVY
PHOEBE S. SORIAL
DEBORAH D'ANGELO
MELISSA A. SILVER
COLIN R. ROBINSON
PARIS DASKALAKIS
DANIELE N. HANKIN
DENNIS KADIAN
JONATHAN M. BUSCH
HILLARY A. JURY
ERIKA SONDAHL LEVIN
BRYAN P. SCHROEDER
ANDREW D. LA FIURA
LAUREN M. LIMAURO
GEORGE TENREIRO

April 13, 2005

**VIA HAND DELIVERY**
Clerk, United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
   & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101
**Attn: Charlie Sanders**

        **Pluries Writ of Execution**
        **Robert C. Walsh and James A. Walsh,**
        **Corporate Officers, Walsh Securities Corp.**

Re:    **Cityscape Corp. v. Walsh Securities Corp.**
        **Judgment No. 01,0012**
        **Misc. Action No. 2:01-mc-00021 (KSH)**

Dear Ms. Sanders:

      On behalf of Cherokee Re-Solutions, Inc., f/k/a Cherokee Solutions, Inc., holder by assignment of the above-referenced judgment, enclosed for filing please find an original and two (2) copies of a *Pluries* Writ of Execution and Affidavit in connection with the above matter. Also enclosed are two (2) completed USM-285 Forms and my firm's check no. 209389 made payable to the U.S. Marshal's Service for $60.00 as a deposit towards the fee for serving the *Pluries* Writ.

      Please process the paperwork and forward it to the U.S. Marshal for service. Please also send the Marshal's Service the enclosed letter of instructions. Please feel free to call me if you have any questions regarding the above.

                                Very truly yours,

                                  *Danielle Pantaleo*

DP/cz
Encl.
                                DANIELLE PANTALEO

{00386873.DOC}