# SAIBER SCHLESINGER SATZ & GOLDSTEIN, LLC

ATTORNEYS AT LAW

ONE GATEWAY CENTER
13TH FLOOR
NEWARK, NEW JERSEY 07102-5311
TELEPHONE (973) 622-3333

TELECOPIER (973) 622-3349

WWW.SAIBER.COM

BRUCE I. GOLDSTEIN*°
WILLIAM F. MADERER†°
DAVID J. D'ALOIA*
JEFFREY W. LORELL°
DAVID R. GROSS°
SEAN R. KELLY*°
ARNOLD B. CALMANN°
STEPHEN H. KNEE°
JOAN M. SCHWAB
JENNINE DISOMMA°
JAMES H. FORTE
VINCENT F. PAPALIA
RANDI SCHILLINGER°△
MICHAEL J. GERAGHTY°
NINO A. COVIELLO°
MICHELLE V. FLEISHMAN°
AGNES I. RYMER°
JAMES H. GIANNINOTO°
NANCY A. WASHINGTON
ERNEST E. BADWAY°
MARC C. SINGER°△
SETH E. ZUCKERMAN
MARC E. WOLIN△
DAVID A. COHEN

SAMUEL S. SAIBER
1929-2002

GEOFFREY GAULKIN
ALFRED M. WOLIN
SPECIAL COUNSEL

DAVID M. SATZ, JR.
NORMAN E. SCHLESINGER
MORTON GOLDFEIN°
DAVID J. SATZ
HEIDI WEGRYN GROSS
OF COUNSEL

ROBERT B. NUSSBAUM
COUNSEL

° MEMBER OF NJ & NY BARS
△ MEMBER OF NJ & PA BARS
† CERTIFIED BY THE SUPREME
  COURT OF NEW JERSEY AS A
  CIVIL AND CRIMINAL TRIAL
  ATTORNEY
* CERTIFIED BY THE SUPREME
  COURT OF NEW JERSEY AS A
  CIVIL TRIAL ATTORNEY

JEREMY P. KLEIMAN°
JEFFREY SOOS
TONI MARIE VACCARINO°
DANALYNN T. COLAO°
MELISSA A. PROVOST
CHRISTINA L. FICHERA°
CHRISTOPHER M. WOLFE
JENNIFER R. O'CONNOR
HOPE M. LLOYD°
ANTHONY DEL GUERCIO°
PAOLA CIAPPINA HEMSLEY
DANIELLE PANTALEO°
JONATHAN D. LEVY△
PHOEBE S. SORIAL°
DEBORAH D'ANGELO
MELISSA A. SILVER
COLIN R. ROBINSON△
PARIS DASKALAKIS°
DANIELE N. HANKIN°
DENNIS KADIAN°
JONATHAN M. BUSCH
HILLARY A. JURY°△
ERIKA SONDAHL LEVIN
BRYAN P. SCHROEDER△
ANDREW D. LA FIURA
LAUREN M. LIMAURO
GEORGE TENREIRO

April 18, 2005

**VIA FEDERAL EXPRESS**

Clerk, United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
 & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101
Attn: Charlie Sanders

RECEIVED

APR 19 2005

WILLIAM T. WALSH, CLERK

*Pluries* Writ of Execution
Robert A. Magnanini, Esq.

Re:   Cityscape Corp. v. Walsh Securities Corp.
      Judgment No. 01,0012
      Misc. Action No. 2:01-mc-00021 (KSH)

Dear Ms. Sanders:

On behalf of Cherokee Solutions, Inc., n/k/a Cherokee Resolutions, Inc., holder by assignment of the above-referenced judgment, enclosed for filing please find an original and one (1) copy of a *Pluries* Writ of Execution and Affidavit in connection with the above matter. Also enclosed is one (1) completed USM-285 Form and my firm's check no. 209510 made payable to the U.S. Marshal's Service for $60.00 as a deposit towards the fee for serving the *Pluries* Writ.

Please process the paperwork and forward it to the U.S. Marshal for service. Please also send the Marshal's Service the enclosed letter of instructions. Please feel free to call me if you have any questions regarding the above.

Very truly yours,

*Danielle Pantaleo*

DANIELLE PANTALEO

DP/cz
Enclosures
{00387893.DOC}