# SAIBER SCHLESINGER SATZ & GOLDSTEIN, LLC

ATTORNEYS AT LAW

ONE GATEWAY CENTER
13TH FLOOR
NEWARK, NEW JERSEY 07102-5311
TELEPHONE (973) 622-3333

TELECOPIER (973) 622-3349

WWW.SAIBER.COM

BRUCE I. GOLDSTEIN+°
WILLIAM F. MADERER+°
DAVID J. D'ALOIA*
JEFFREY W. LORELL°
DAVID R. GROSS°
SEAN R. KELLY·°
ARNOLD B. CALMANN°
JOAN M. SCHWAB
JENNINE DISOMMA°
JAMES H. FORTE
VINCENT F. PAPALIA
RANDI SCHILLINGER°△
MICHAEL J. GERAGHTY°
NINO A. COVIELLO°
MICHELLE V. FLEISHMAN°
AGNES I. RYMER°
JAMES H. GIANNINOTO°
NANCY A. WASHINGTON
ERNEST E. BADWAY°
MARC C. SINGER°△
SETH E. ZUCKERMAN
MARC E. WOLIN△
DAVID A. COHEN

SAMUEL S. SAIBER
1929-2002

GEOFFREY GAULKIN
ALFRED M. WOLIN
SPECIAL COUNSEL

DAVID M. SATZ, JR.
NORMAN E. SCHLESINGER
MORTON GOLDFEIN°
DAVID J. SATZ
HEIDI WEGRYN GROSS
OF COUNSEL

ROBERT B. NUSSBAUM
COUNSEL

° MEMBER OF NJ & NY BARS
△ MEMBER OF NJ & PA BARS
+ CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL AND CRIMINAL TRIAL ATTORNEY
* CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY

JEREMY P. KLEIMAN°
JEFFREY SOOS
TONI MARIE VACCARINO°
DANALYNN T. COLAO°
MELISSA A. PROVOST
CHRISTINA L. FICHERA°
CHRISTOPHER M. WOLFE
JENNIFER R. O'CONNOR
HOPE M. LLOYD°
ANTHONY DEL GUERCIO°
PAOLA CIAPPINA HEMSLEY
DANIELLE PANTALEO°
JONATHAN D. LEVY△
PHOEBE S. SORIAL°
DEBORAH D'ANGELO
MELISSA A. SILVER
COLIN R. ROBINSON△
PARIS DASKALAKIS°
DANIELE N. HANKIN°
DENNIS KADIAN°
JONATHAN M. BUSCH
HILLARY A. JURY°△
ERIKA SONDAHL LEVIN
BRYAN P. SCHROEDER△
ANDREW D. LA FIURA
LAUREN M. LIMAURO
GEORGE TENREIRO

May 31, 2005

<u>**VIA HAND DELIVERY**</u>
Clerk, United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
   & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101
**Attn: Charlie Sanders**

        *Pluries* Writ of Execution as to real property located
        <u>at 170 No. Walnut Street, East Orange, Essex County, NJ</u>

    Re:    Cityscape Corp. v. Walsh Securities Corp.
           Judgment No. 01,0012
           <u>Misc. Action No. 2:01-mc-00021 (KSH)</u>

Dear Ms. Sanders:

       On behalf of Cherokee Solutions, Inc., n/k/a Cherokee ReSolutions, Inc. ("Cherokee"), holder by assignment of the above-referenced judgment, enclosed for filing please find an original and six (6) copies of a *Pluries* Writ of Execution and Affidavit in connection with the above matter. Also enclosed are six (6) completed USM-285 Form and this firm's check no. 209972 made payable to the U.S. Marshal's Service for $100.00 as a deposit towards the fee for serving the *Pluries* Writ.

       In addition, enclosed is Cherokee's check no. 0681 made payable to the U.S. Marshal's Service in the amount of $1,500.00 as a deposit towards the fee for advertising the sale of the real property.

{00393394.DOC}

**SAIBER SCHLESINGER SATZ & GOLDSTEIN, LLC**

Clerk, United States District Court
May 31, 2005
Page 2

      Please process the paperwork and forward it to the U.S. Marshal for service. Please also send the Marshal's Service the enclosed letter of instructions. Please feel free to call me if you have any questions regarding the above.

                  Very truly yours,

                  *Danielle Pantaleo*

DP/ez
Enclosures                 DANIELLE PANTALEO

{00393394.DOC}