# SAIBER SCHLESINGER SATZ & GOLDSTEIN, LLC

ATTORNEYS AT LAW

ONE GATEWAY CENTER
13TH FLOOR
NEWARK, NEW JERSEY 07102-5311
TELEPHONE (973) 622-3333

TELECOPIER (973) 622-3349

WWW.SAIBER.COM

BRUCE I. GOLDSTEIN+°
WILLIAM F. MADERER+°
DAVID J. D'ALOIA*
JEFFREY W. LORELL°
DAVID R. GROSS°
SEAN R. KELLY*°
ARNOLD B. CALMANN°
JOAN M. SCHWAB
JENNINE DISOMMA°
JAMES H. FORTE
VINCENT F. PAPALIA
RANDI SCHILLINGER°ᴬ
MICHAEL J. GERAGHTY°
NINO A. COVIELLO°
MICHELLE V. FLEISHMAN°
AGNES I. RYMER°
JAMES H. GIANNINOTO°
NANCY A. WASHINGTON
ERNEST E. BADWAY°
MARC C. SINGER°ᴬ
SETH E. ZUCKERMAN
MARC E. WOLINᴬ
DAVID A. COHEN
JEREMY P. KLEIMAN°

SAMUEL S. SAIBER
1929-2002

GEOFFREY GAULKIN
ALFRED M. WOLIN
*SPECIAL COUNSEL*

DAVID M. SATZ, JR.
MORTON GOLDFEIN°
DAVID J. SATZ
HEIDI WEGRYN GROSS
*OF COUNSEL*

ROBERT B. NUSSBAUM
*COUNSEL*

° MEMBER OF NJ & NY BARS
ᴬ MEMBER OF NJ & PA BARS
† CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL AND CRIMINAL TRIAL ATTORNEY
* CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY

JEFFREY SOOS
TONI MARIE VACCARINO°
DANALYNN T. COLAO°
MELISSA A. PROVOST
CHRISTINA L. FICHERA°
CHRISTOPHER M. WOLFE
JENNIFER R. O'CONNOR
ANTHONY DEL GUERCIO°
PAOLA CIAPPINA HEMSLEY
DANIELLE PANTALEO°
JONATHAN D. LEVYᴬ
PHOEBE S. SORIAL°
DEBORAH D'ANGELO
MELISSA A. SILVER
COLIN R. ROBINSONᴬ
PARIS DASKALAKIS°
DANIELE N. HANKIN°
DENNIS KADIAN°
JONATHAN M. BUSCH
HILLARY A. JURY°ᴬ
ERIKA SONDAHL LEVIN
BRYAN P. SCHROEDERᴬ
ANDREW D. LA FIURA
LAUREN M. LIMAURO
GEORGE TENREIRO

## INSTRUCTIONS TO THE
## UNITED STATES MARSHAL

July 8, 2005

U.S. Department of Justice
United States Marshal's Service
District of New Jersey
Martin Luther King, Jr. Federal Building
    & U.S. Courthouse
50 Walnut Street, Room 2009
Newark, New Jersey 07102

                *Pluries* **Writ of Execution**
                **Stern, Lavinthal, Frankenberg & Norgaard, LLC**

    **Re:**    **Cityscape Corp. v. Walsh Securities Corp.**
            **Judgment No. 01,0012**
            **Misc. Action No. 2:01-mc-00021 (KSH)**

Dear Sir/Madam:

    Enclosed is a *Pluries* Writ of Execution, bearing the Seal of the Court, in connection with this matter. The *Pluries* Writ of Execution specifically designates the property to be levied upon.

    Also enclosed is this firm's check no. 210472 in the amount of $100.00 representing a deposit toward the U.S. Marshal's service fees and mileage in connection with the attachment of the subject property. ***We request that this Pluries Writ be served on an expedited basis.***

{00398261.DOC}

SAIBER SCHLESINGER SATZ & GOLDSTEIN, LLC

U.S. Department of Justice
July 8, 2005
Page 2

    Kindly advise me of the results of your attempts to serve the *Pluries* Writ. Also, please call if you have any questions or require any information.

                                        Very truly yours,

                                        COLIN R. ROBINSON

Enclosures

{00398261.DOC}