USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN** 06/21/2005 (2)
See "Instructions for Service of Process by U.S. Marshal" AB

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| /Judgment Holder Cherokee Solutions, Inc., n/k/a Cherokee Resolutions | Misc. Action No. 2:01-mc-00021 |
| DEFENDANT | TYPE OF PROCESS |
| Walsh Securities Corp., a/k/a Walsh Securities, Inc., a/k/a Walsh Incorporated, et al. | |

SERVE AT {
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ned Brown a/k/a Edmund Brown
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
108 Browns Dock Rd., Atlantic Highlands, NJ 07716

RECEIVED-CLERK U.S. DISTRICT COURT 2005 JUL 19 A 10: 21

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Nancy A. Washington, Esq.
Saiber Schlesinger Satz & Goldstein, LLC
One Gateway Center - 13th Floor
Newark, New Jersey 07102

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                          Fold

Judgment Holder Cherokee Solutions, Inc. n/k/a Cherokee ReSolutions, Inc.

Signature of Attorney other Originator requesting service on behalf of:  ☑ PLAINTIFF  ☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| (973) 622-3333 | 6/13/05 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. 50 | District to Serve No. 50 | Signature of Authorized USMS Deputy or Clerk  E. Baskerville | Date 6/21/05 |
|---|---|---|---|---|

I hereby certify and return that ☐ I have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
X

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)
Attorney: M. DuPont
229 Broad St.
Red Bank, N.J. 07701
(732) 872-2274

| Date 7/12/2005 | Time 2:29 ☐ am ☑ pm |
|---|---|
| Signature of U.S. Marshal or Deputy  Desta A. Reid | |

| Service Fee $90.00 | Total Mileage Charges including endeavors) 50.65 | Forwarding Fee | Total Charges $140.65 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)  $0.00 |
|---|---|---|---|---|---|

REMARKS: 7/7/2005 Mailbox Name Sheeran No one home 9:AM Left Card in box. Mr. Mark Sheeran states Edmund Brown is always inside 7/11/2005 no issues in the jungle. [00394675.ndf] Served Attorney M. DuPont at 229 Broad St. Red Bank N.J.

PRINT 5 COPIES:
1. CLERK OF THE COURT 7/7/2005 30.09 x 2 = 60.18 x .36 = 21.66
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, 7/12/2005 40.24 miles x 2 = 80.48 x 36 = 28.97 if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

21.66
+28.97
50.65
+90.00
140.95

(1 OF 2)

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00