7/14/2005 AR

**U.S. Department of Justice**
United States Marshals Service

N

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF /Judgment Holder Cherokee Solutions, Inc., n/k/a Cherokee Resolutions | COURT CASE NUMBER Misc. Action No. 2:01-mc-00021 |
| DEFENDANT Walsh Securities Corp., a/k/a Walsh Securities, Inc., a/k/a Walsh Incorporated, et al. | TYPE OF PROCESS |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Stern, Lavinthal, Frankenberg & Norgaard LLC
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
293 Eisenhower Parkway, Suite 300, Livingston, New Jersey 07039

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Nancy A. Washington, Esq.
Colin R. Robinson, Esq.
Saiber Schlesinger Satz & Goldstein, LLC
One Gateway Center - 13th Floor
Newark, New Jersey 07102

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Judgment Holder Cherokee Solutions, Inc. n/k/a Cherokee ReSolutions, Inc.

RECEIVED-CLERK DISTRICT COURT JUL 26 2005 P 2:43

Signature of Attorney other Originator requesting service on behalf of:
☑ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER (973) 622-3333
DATE 7/8/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 50 | District to Serve No. 50 | Signature of Authorized USMS Deputy or Clerk E. Baskerville | Date 7/14/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
X FRANCES A FABIAN
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above) PARALEGAL
973 740 0700 x240
STERN LAVINTHAL
293 Eisenhower Pkwy
Suite 300
Livingston NJ 07039

Date 7/20/2005
Time 8:00 ☑ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee $45.00 | Total Mileage Charges including endeavors 10.25 | Forwarding Fee | Total Charges 55.25 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |

REMARKS: 7/20/2005  14.24 miles X 2 = 28.48 X .26 = 10.25
45.00
55.25

[00394675.pdf]

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00