## U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Cityscape Corp, et al | MISC-01-21 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Walsh Securities Corp. | Notice of Sale |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Property Located at: Lot 13, Block 361, (Essex County)

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
170 North Walnut Street, East Orange, NJ

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

SAIBER SCHLESINGER SATZ & GOLDSTEIN, LLC.
Attn: Nancy A. Washington, Esq.
One Gateway Center, 13th Floor
Newark, NJ   07102

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please Post:  August 11, 2005

At:  Location Listed Above

RECEIVED-CLERK
U.S. DISTRICT COURT
2005 AUG 24

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT
Nancy A. Washington, Esq.
TELEPHONE NUMBER: (973) 622-3333
DATE: 8/10/05

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | No. 50 | No. 50 | E. Baskerville | 8/10/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | |
|---|---|---|
| 8/12/2005 | 3:30 | pm |

Signature of U.S. Marshal or Deputy
Dept. A. Kind

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | 3.24 | | 48.24 | | | |

REMARKS:  Posted at 170 N. Walnut St., East Orange     4.51 miles X 2 = 9.02 X .36 = 3.24
                                                                                              45.00
                                                                                              48.24

PRIOR EDITIONS MAY BE USED     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)