RECEIVED
U.S. DISTRICT COURT

2005 NOV 10 A 10: 58

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CITYSCAPE CORP.,**<br><br>Plaintiff,<br><br>v.<br><br>**WALSH SECURITIES,**<br><br>Defendant. | MC-2:01-00021 (KSH)<br>Case No. 98-0223<br><br>**RESPONSE TO PLURIES WRIT OF EXECUTION FOR REGISTERED JUDGMENTS** |

Stern, Lavinthal, Frankenberg & Norgaard, LLC having been served with a Pluries Writ of Execution for Registered Judgments in Case Number MC-2:01-00021 (KSH) responds as follows:

Stern, Lavinthal, Frankenberg & Norgaard does not have any personal or real property belonging to the defendant identified in the Pluries Writ of Execution for Registered Judgments that was served upon it.

STERN, LAVINTHAL, FRANKENBERG
& NORGAARD, LLC

_____
Robert A. Pincl, Esq.

Dated: 11-8-05

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CITYSCAPE CORP.,**<br><br>Plaintiff,<br><br>v.<br><br>**WALSH SECURITIES,**<br><br>Defendant. | MC-2:01-00021 (KSH)<br>Case No. 98-0223<br><br>**CERTIFICATE OF SERVICE** |

ROBERT A. PINEL, of full age, does hereby certify as follows:

1. I am a Partner with the law firm of Stern, Lavinthal, Frankenberg & Norgaard, LLC, attorneys for the defendant in the above-referenced action.

2. On the date indicated below, I sent the within documents to the following via U.S mail:

   Clerk, United States District Court
   District of New Jersey Newark
   M.L. King, Jr. Federal Bldg. & U.S. Courthouse
   50 Walnut St.,
   Newark, NJ 07102

   Nancy Ann Washington, Esq.
   Saiber Schlesinger Satz & Goldstein, LLC
   Gateway Center One, 13th Floor
   Newark, NJ 07102

   Colin R. Robinson, Esq.
   Saiber Schlesinger Satz & Goldstein, LLC
   Gateway Center One, 13th Floor
   Newark, NJ 07102

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
ROBERT A. PINEL

Dated: November 8, 2005