USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 2:01-mc-00021-KSH   Document 47   Filed 01/19/06   Page 1 of 1 PageID: 91

**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

1/12/2006
AR

| | |
|---|---|
| **PLAINTIFF** CityScape Corp. | **COURT CASE NUMBER** Misc. Action No. 2:01-MC-00021 |
| **DEFENDANT** WALSH SECURITIES, INC. | **TYPE OF PROCESS** Personal |

RECEIVED-CLERK
U.S. DISTRICT COURT
2006 FEB 15 P 3:01

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Clerk of the City of Newark
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
920 Broad Street, Newark, NJ, 07102

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Francis Ballak, Esquire
Goldenberg, Mackler, Sayegh, Mintz, et al
660 New Road
Northfield, NJ 08225

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
Francis J. Ballak, ESQ.
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 609/646-0222
DATE: 12-22-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 50 | District to Serve No. 50 | Signature of Authorized USMS Deputy or Clerk E. Baskerville | Date 1/4/06 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
* Vidalina Guadalupe

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 1/19/2006  Time: 3:42 ☑ pm

Signature of U.S. Marshal or Deputy
A. Reid

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $45.00 | .72¢ | | $45.72 | | |

REMARKS: 1 mile x 2 = 2 x .36 = .72 +
45.00
─────
45.72

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

#1