RECEIVED-CLERK
U.S. DISTRICT COURT

2006 APR 12  A 11: 03

**GOLDENBERG, MACKLER, SAYEGH, MINTZ,
PFEFFER, BONCHI & GILL**
*A Professional Corporation*
660 New Road, Suite No. 1-A
Northfield, New Jersey 08225
(609) 646-0222   FAX (609) 646-0887
Attorneys for Plaintiff, Cherokee Solutions, Inc. as Assignee of
Judgment from Cityscape Corp. a/k/a Cityscape Mortgage Corp.(52804-11)

**BY:** ___/s/ Keith A. Bonchi___
         *KEITH A. BONCHI, ESQ. (KAB3664)*

---

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHEROKEE SOLUTIONS, INC.** as Assignee of Judgment from Cityscape Corp. a/k/a Cityscape Mortgage Corp. | Hon. Katharine S. Hayden, U.S.D.J. |
| Plaintiff, | Civil Action No. 2:01-mc-00021-KSH |
| v. | |
| **WALSH SECURITIES CORP.** | **NOTICE OF MOTION FOR CONFIRMATION OF MARSHALS SALE** |
| Defendant, | |

**TO:**   Ayesha Freeman, Asst. Corporation Counsel
        **City of Newark, Department of Law**
        **920 Broad Street**
        **Newark, NJ 07102**

        **U.S. Marshals Service**
        **District of New Jersey**
        **Martin Luther King Jr. Fed. Bldg. & Courthouse**
        **50 Walnut Street, 2nd Floor, Suite 2009**
        **Newark, NJ 07102**
        **Attn: Elizabeth Baskerville, Civil Section**

Robert A. Magnanini, Esquire
Boies Schiller & Flexner, LLP
150 JFK Pkwy.
Short Hills, NJ 07078
Atty. for Walsh Securities, Inc.

**PLEASE TAKE NOTICE** that Cherokee Solutions, Inc. will move before this Court at the United States Courthouse, 50 Walnut Street, Newark, New Jersey, on May 8, 2006 at 9:00 in the forenoon or as soon thereafter as counsel may be heard, for an Order confirming the Marshal's Sale conducted on March 28, 2006 and captioned as Cityscape Corp. v. Walsh Securities, Inc.

Plaintiff shall rely upon the enclosed Certification of Counsel. Disposition on the papers is requested.

                                           GOLDENBERG, MACKLER, SAYEGH, MINTZ,
                                           PFEFFER, BONCHI & GILL

                                           BY: _____
                                                  KEITH A. BONCHI, ESQUIRE

Dated: April 6, 2006