RECEIVED-CLERK
U.S. DISTRICT COURT

2006 APR 12  A 11: 03

**GOLDENBERG, MACKLER, SAYEGH, MINTZ,
PFEFFER, BONCHI & GILL**
*A Professional Corporation*
660 New Road, Suite No. 1-A
Northfield, New Jersey 08225
(609) 646-0222   FAX (609) 646-0887
Attorneys for Plaintiff, Cherokee Solutions, Inc. as Assignee of
Judgment from Cityscape Corp. a/k/a Cityscape Mortgage Corp.(52804-11)

**BY:** ____ /s/ Keith A. Bonchi _____
          *KEITH A. BONCHI, ESQ. (KAB3664)*

---

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

---

| | | |
|---|---|---|
| **CHEROKEE SOLUTIONS, INC.** | : | |
| **as Assignee of Judgment from** | : | Hon. Katharine S. Hayden, U.S.D.J. |
| **Cityscape Corp. a/k/a Cityscape** | : | |
| **Mortgage Corp.** | : | Civil Action No. 2:01-mc-00021-KSH |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| **WALSH SECURITIES CORP.** | : | **CERTIFICATION OF COUNSEL** |
| | : | **IN SUPPORT OF MOTION TO** |
| Defendant, | : | **CONFIRM MARSHALS SALE** |

---

**KEITH A. BONCHI, ESQUIRE**, hereby certifies:

1.      On January 4, 2001 Cityscape Corp. obtained a judgment in the amount of $4,732,568.93 against Walsh Securities, Corp., a/k/a Walsh Securities, Inc., in the U.S. District Court, Southern District of New York (see Exhibit "A" for copy of Judgment and Order).

2.      At the time the above judgment was entered, Walsh Securities, Corp. owned the real property located at 263-265 South 10th Street, Newark, New Jersey. Walsh Securities, Corp. had acquired titled to this property via a Sheriff's Deed recorded October 7, 1998 (see Exhibit

"B" for copy of Sheriff's Deed vesting title in Walsh Securities, Corp.).

3. The Judgment was registered in the U.S. District Court, District of New Jersey, on February 15, 2001, and provided a miscellaneous number of 2:01-mc-00021(KSH).

4. As a result of the failure by Walsh Securities, Corp. to pay the taxes assessed to the property located at 263-265 S. 10th Street, the City of Newark conducted an in rem foreclosure of the property subsequent to the entry of the judgment.

5. By Order dated October 1, 2001, the City of Newark obtained Final Judgment in the above referenced foreclosure. As a result of the Order Entering Final Judgment, the City of Newark was vested with title to the property located at 263-265 South 10th Street, Newark, New Jersey (see copy of Final Judgment attached hereto as Exhibit "C").

6. Due to the City of Newark's failure to provide notice of the foreclosure to the judgment creditor, Cityscape Corp., the lien of Cityscape Corp. upon the property was not extinguished by the in rem foreclosure and therefore remains a valid lien upon the real property.

7. On June 8, 2004, Cityscape Corp. assigned the Judgment to Cherokee Solutions, Inc. (see copy of Assignment attached hereto as Exhibit "D").

8. In furtherance of collecting on the Judgment, Cherokee Solutions, Inc., as the judgment holder, obtained a Writ of Execution against the property located at 263-265 South 10th Street, Newark, New Jersey.

9. On March 28, 2006, the United States Marshal held a public auction, at which time Cherokee Solutions, Inc. was the successful bidder with a $100.00 credit bid (see copy of Process Receipt and Return from the U.S. Marshal's Service, attached hereto as Exhibit "E").

10. Cherokee Solutions, Inc. now seeks an Order confirming the Marshals Sale.

11.    I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false that I am subject to punishment.

**GOLDENBERG, MACKLER, SAYEGH, MINTZ, PFEFFER, BONCHI & GILL**

BY: _____
**KEITH A. BONCHI, ESQUIRE**

Dated: April ___6___, 2006

Exhibit A

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

CITYSCAPE CORP.,

          Plaintiff,

      -against-

WALSH SECURITIES,

          Defendant.

------------- ---------------------------------------------X

04mc 143(JCL)

**98   CIVIL 0223 (SHS)**
**CERTIFICATION OF JUDGMENT**
**FOR REGISTRATION IN**
**ANOTHER DISTRICT**
**JUDGMENT #01.0012**

**ORIGINAL FILED**

MAY 1 4 2004

WILLIAM T. WALSH, CLERK

     I, J. Michael McMahon, Clerk of this United States District Court certify that the attached

is a true and correct copy of the judgment entered in this action on January 4, 2001 as it appears in

the records of this court, and that * no notice of appeal has been filed, and no motion of any kind

listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

     IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court, on

April 23, 2004.

                    J. Michael McMahon
                         **Clerk**

                  **(By) Deputy Clerk**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

CITYSCAPE CORP.,

        Plaintiff,

    v.

WALSH SECURITIES CORP.,

        Defendant.

- - - - - - - - - - - - - - - - - x

98 Civ. 223 (SHS)

JUDGMENT AND ORDER

# 01, 0012

SIDNEY H. STEIN, U.S. District Judge.

    Plaintiff Cityscape Corp. ("Cityscape") having moved this Court on October 22, 1999 for partial summary judgment on Cityscape's breach of contract claim against defendant Walsh Securities Corp., ("Walsh") for 32 loans (the "New Jersey Loans") and

    The Court having given due and careful consideration to the matters at issue and having set forth its findings of fact and conclusions of law in Opinions dated June 8, 2000, and October 20, 2000:

    WHEREAS, this Court's Order dated June 8, 2000 granted Cityscape partial summary judgment on Cityscape's claims relating to the 32 New Jersey Loans;

    WHEREAS, this Court's Order dated October 20, 2000 denied Walsh's claim for an offset of Cityscape's damages;

A CERTIFIED COPY
J. MICHAEL McMAHON,    CLERK

DEPUTY CLERK

WHEREAS, this Court's Order dated October 20, 2000 determined that Cityscape's damages were $4,732,568.93;

IT IS HEARBY ORDERED AND ADJUDGED as follows:

1.   Cityscape is granted partial summary judgment on its claim for breach of contract for the 32 New Jersey Loans;

2.   Cityscape's motion for an order awarding damages for the 32 New Jersey Loans is granted;

3.   Cityscape is awarded damages in the amount of $4,732,568.93;

4.   Walsh is granted summary judgment on its motions to dismiss Cityscape's claims relating to the Appraisal Variance Loans;

5.   Walsh's counterclaims are dismissed.

Dated:      New York, New York
            December ___, 2000

SO ORDERED: 12/01

Sidney H. Stein, U.S.D.J.

80155400_1.DOC

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON  1-4-01

Exhibit B

Deed Prepared By _____

ARMANDO B. ~~ ~TOURA
County of ~~~ ~ State of New Jersey

TO ALL PERSONS TO WHOM THESE PRESENTS SHALL COME, OR WHOM THEY
MAY CONCERN: I, ARMANDO B. FONTOURA, Sheriff ~ ~ County of
Essex, in the State of New Jersey, send GR~ ~T~ ~

WHEREAS, on April 21, 1998 a certain Writ ~ ~ Execution w s
issued out of the Superior Court of New J~ ~ey, directed and
delivered to me ARMANDO B. FONTOURA, the ~ d still being
Sheriff of the said County of Essex, and ~ ch said Writ is in
the words or the effect following--- THA ~ TO SAY:

NEW JERSEY TO WIT: THE STATE OF NEW JE ~ THE SHERIFF OF
THE COUNTY OF ESSEX: GREETING:

WHEREAS, on April 21, 1998, by a certa ~ judgement made in
our Superior Court of New Jersey, in a certain cause therein
depending wherein the plaintiff is:

WALSH SECURITIES, INC.

and the following named parties are defendants:

SAMEEH U. KHALIYM,  SHARON C. KHALIYM

It was ordered and adjudged that certain mortgage premises with
the appurtenances in the complaint, and Amendment to Complaint
in the said cause particularly set forth and described that is
to say:  The mortgaged premises are described as set forth upon
the RIDER ANNEXED HERETO AND MADE A PART HEREOF.

Together with all and singular and the rights, liberties,
privileges, hereditaments and appurtenances thereunto belonging,
or in any wise appertaining, and the reversions and remainders,
rents, issues, and profits thereof, and also all the estate,
right, title, interest, use, property, claim and demand of the
said Defendants, of, in, to and out of the same, be sold, to
pay and satisfy in the first place unto the plaintiff, the sum
of $102,533.83, being the principal, advances, late charges
and interest secured by a certain mortgage dated September 20,
1996 and given by Sameeh U. Khaliym and Sharon C. Khaliym
together with interest at the contract rate of 15% on $85,814.65
being the principal sum in default (including advances, if any)
from February 1, 1998 to April 21, 1998 and lawful interest
thereafter on the total sum due plaintiff until the same be paid
and satisfied and also the costs of the aforesaid plaintiff,
with interest thereon, and that for that purpose a Writ of
Execution should issue, directed to the Sheriff of the County of
Essex, commanding him to make sale as aforesaid, and that the
surplus money arising from such sale, if any there be, should be
brought into the said Court, subject to the further order of the
Court, as by the said judgment remaining as of record, in our
Superior Court of New Jersey, at Trenton, doth and may more
fully appear.

AND WHEREAS, the costs of the said Plaintiff have been
duly taxed at the following sum: $1,609.98 .

Therefore, you are hereby commanded, that you cause to
be made of the premises aforesaid, by selling so much of the
same as may be needful and necessary for the purpose the said
sum of $102,533.83 and the same you do pay to the said plaintiff
together with lawful interest thereon as aforesaid, and the sum
aforesaid of cost with interest thereon , and that you have the
surplus money, if any there be, before the said Superior Court
of New Jersey, aforesaid, at Trenton, within 30 days after
sale.  If no sale Writ returnable within 12 months, R.4:59 1(a),
to abide the further order of our said Court according to the
judgment aforesaid.  And you are to make return at the time and
place aforesaid, by certificate, under you hand, of the manner
in which you shall have executed this our Writ, together with
this Writ.

COUNTY OF ESSEX
CONSIDERATION ~~~~~~~~
REALTY TRANSFER FEE ~~~~~~~~
DATE ~~~~~~~~

BK 5562 PG 0484

TITLE INSURANCE COMMITMENT

Chicago Title Insurance Company
96PT-03471

# S C H E D U L E   A
# N U M B E R   4
(CONTINUED)

# D E S C R I P T I O N

All that certain tract, lot and parcel of land lying and being in the City of Newark County of Essex and State of New Jersey being more particularly described as follows:

BEGINNING AT A POINT IN THE WESTERLY SIDELINE OF SOUTH 10TH STREET SAID POINT BEING DISTANT 325.00 FEET SOUTHERLY ALONG THE SAME FROM ITS INTERSECTION WITH THE SOUTHERLY SIDELINE OF 12TH AVENUE (FORMERLY BANK STREET AND 66 FEET WIDE) AND FROM SAID POINT OF BEGINNING RUNNING; THENCE

1.   ALONG THE WESTERLY SIDELINE OF SOUTH 10TH STREET SOUTH 27 DEGREES 15 MINUTES WEST 50.00 FEET TO A POINT; THENCE

2.   NORTH 62 DEGREES 45 MINUTES WEST 100.00 FEET TO A POINT; THENCE

3.   NORTH 27 DEGREES 15 MINUTES EAST 50.00 FEET TO A POINT; THENCE

4.   SOUTH 62 DEGREES 45 MINUTES EAST 100.00 FEET TO THE POINT AND PLACE OF BEGINNING.

THE ABOVE PREMISES IS ALSO KNOWN AS LOT 18 IN BLOCK 1796 ON THE OFFICIAL TAX MAP OF THE CITY OF NEWARK.  (REPORTED FOR INFORMATION ONLY)

WITNESS the Honorable Anthony J. Parrillo, J.S.C.,
Judge of the Superior Court, at Trenton, this 29th day of April,
1998.

Case 2:01-cv-03927-KSH Document 449-4 Filed 04/12/06 Page 11 of 27 PageID: 107

BK5562PG0485

CRANER, NELSON, SATKIN & SCHEER        Donald F.
Phelan
Attorneys for Plaintiff        Clerk of Superior Court
M. RICHARD SCHEER

As by the record of the said Writ of Execution in the Office
of the Clerk of the Superior Court of New Jersey in Book F98 of F 98
Executions, page 6122 may more fully appear.
AND WHEREAS, I, the said ARMANDO B. FONTOURA, as such Sheriff as
aforesaid, did, in due form of law, advertise, the said lot of
land and premises to be sold under and by virtue of the said
Writ of Execution, at public auction, to be held at the Essex
County Courts Building, in the City of Newark, on Tuesday, June
30, 1998 at one-thirty o'clock (Prevailing Time) in the
afternoon of that day.
By public advertisements signed by myself, and set up at two
public places in the said County of Essex, one of which was in
the Office of the Sheriff of the County of Essex, and the other
where said real estate is situated, of the time and place
appointed for such sale, for at least three weeks preceding the
time appointed for said sale, and publishing the same in "The
Star Ledger" and "PORTUGESS POST" two of the newspapers printed
and published in the said State, where the lands above described
are situated, the same being designated for the publication by
the laws of this State, and circulating in the County of said
real estate, for at least once a week during four consecutive
calendar weeks, the first publication being at least twenty-one
days prior, and the last publication being not more than eight
days prior to the time so appointed for selling the same, one of
which said newspapers to wit: "The Star Ledger" is printed and
published at Newark, the County seat of said County,
at which last mentioned time and place I did accordingly offer
and expose the said lot of land and premises for sale at public
auction under and by virtue of the said Writ of Execution. And
Thereupon WALSH SECURITIES 4 CAMPUS DRIVE  PARSIPPANY NJ 07054,
did bid for the same the sum of ONE HUNDRED DOLLARS($100.00),
and no other person bidding as much, I did then and there,
openly and publicly, in due form of law between the hours of
twelve and five in the afternoon, strike off and sell the said
lot of land and premises for the sum of ONE HUNDRED
DOLLARS($100.00), to the said WALSH SECURITIES, it being then
and there the highest bidder for the same.
NOW, THEREFORE, KNOW YE, That I, the said ARMANDO B. FONTOURA,
as such Sheriff as aforesaid, under, and by virtue of the said
Writ of Execution, and in execution of the power and trust in me
reposed and also for, and in consideration of the said sum of
ONE HUNDRED DOLLARS($100.00); to me in hand, paid, the receipt
whereof I do hereby acknowledge, and therefrom acquit, exonerate
and forever discharge the said WALSH SECURITIES, its successors
and assigns, have granted, bargained, sold, assigned,
transferred and conveyed, and by these presents do grant,
bargain, sell, assign, transfer and convey, unto the said WALSH
SECURITIES, its successors and assigns, all and singular, the
said lot of lands and premises, with the appurtenances,
privileges, and hereditaments thereto belonging or in any way
appertaining:  TO HAVE AND HOLD the same unto the said WALSH ,
SECURITIES, its successors and assigns, to its and their only
proper use, benefit and behoof forever, in as full, ample and
beneficial a manner as by virtue of the said Writ of Execution,
I may, can or ought to convey the same.

And I, the said ARMANDO B. FONTOURA, for myself, my
heirs, executors and administrators, do hereby covenant, promise
and agree to and with the said WALSH SECURITIES, its successors
and assigns, that I have not, as such Sheriff as aforesaid, done
or caused, suffered or procured to be done, any act, matter or
thing, whereby the estate hereby intended to be conveyed in and
to the said lot of land and premises, with the appurtenances,

is, may or be changed, charged, encumbered, or defeated in any manner whatever.

IN WITNESS, WHEREOF, I, the said ARMANDO B. FONTOURA, AS SUCH Sheriff as aforesaid, have hereunto set my hand and seal this July 10, 1998, Signed, Sealed and Delivered in the Presence of

_____          _____
MICHAEL J. OLIVEIRA                        ARMANDO B. FONTOURA
Attorney at Law, State of New Jersey

NEW JERSEY, ESSEX COUNTY, SS.

I, ARMANDO B. FONTOURA, Sheriff of the County aforesaid, do solemnly swear that the land and real estate described in the deed, made by me to WALSH SECURITIES 4 CAMPUS DRIVE PARSIPPANY NJ 07054 was sold by me by virtue of a good and subsisting execution, as is therein recited, that the money ordered to be paid has not been, to my knowledge of belief, paid or satisfied, that the time and place of sale of the said land and real estate was by me duly advertised, as required by law, and that the same was cried off and sold to a bonafide purchaser for the best price that could be obtained.

_____
ARMANDO B. FONTOURA

Sworn before me, one of the Attorneys at Law of the State of New Jersey, on July 10, 1998 and I having examined the Deed above mentioned, do approve the same and order it to be recorded as a good and sufficient conveyance consideration paid for the transfer of title to reality evidenced by within deed, as such consideration is defined in P.L. 1968, c. 49, Sec. 1 (c), is ONE HUNDRED DOLLARS ($100.00).
Prepared by ARMANDO B. FONTOURA, Sheriff of the County of Essex, State of New Jersey.

_____          _____
ARMANDO B. FONTOURA                        MICHAEL J. OLIVEIRA
                                           Attorney at Law, State of NJ



BK 5562 PG 0487

D E E D

ARMANDO B. FONTOURA

S H E R I F F

TO

WALSH SECURITIES

SHERIFF'S FILE NO. 98-010278

Consideration $100.00

Dated___July 10, 1998·___

CRANER, NELSON, SATKIN & SCHEER
A PROFESSIONAL CORPORATION
320 PARK AVENUE
P.O. BOX 367
SCOTCH PLAINS, NJ 07076

Exhibit C

JOANNE Y. WATSON, CORPORATION COUNSEL
BY:   AYESHA FREEMAN, ASSISTANT CORPORATION COUNSEL
920 BROAD STREET, NEWARK, NEW JERSEY 07102
(973) 733-8715
ATTORNEY FOR THE PLAINTIFF, CITY OF NEWARK

FILED
OCT 1 2001

SUPERIOR COURT OF
NEW JERSEY
CHANCERY DIVISION.
ESSEX COUNTY
DOCKET NO. F-13821-01

CITY OF NEWARK OF THE COUNTY          :
OF ESSEX, a Municipal Corporation     :
of the State of New Jersey,           :
                                      :
          Plaintiff,                  :          **CIVIL ACTION**
                                      :
vs.                                   :
                                      :
(201) **OMITTED**                     : **FINAL JUDGMENT OF**
                                      : **IN REM TAX FORECLOSURE**
(202) BLOCK 527, LOT 7                :
ADDRESS: 237 GARSIDE STREET           :
                                      :
ASS'D OWNER(S)                        :
**ALVES, ANTONIO & DEOLINDA**         :
                                      :
(203) **OMITTED**                     :
                                      :
(204) BLOCK  521, LOT 48              :
ADDRESS: 116 MT. PLEASANT AVE.        :
                                      :
ASS'D. OWNER(S)                       :
**JAMES MOODY**                       :
                                      :
(205) **OMITTED**                     :
                                      :
(206) **OMITTED**                     :
                                      :
(207) **OMITTED**                     :
                                      :

```
(357) BLOCK 1796, LOT 18                    :
ADDRESS: 263-265 SOUTH 10^TH ST.            :
                                            :
FORMER ASS'D OWNER(S)                       :
WALSH SECURITIES                            :
                                            :
(358) BLOCK 1796, LOT 38                    :
ADDRESS: 326 ½ SOUTH 11^TH ST.              :
                                            :
FORMER ASS'D OWNER(S)                       :
WADE VAN & ANNIE T.                         :
                                            :
(359) BLOCK 1796, LOT 66                    :
ADDRESS: 286-288 SOUTH 11^TH ST.            :
                                            :
FORMER ASS'D OWNER(S)                       :
CULLER, HILDA M.                            :
                                            :
(360) BLOCK 1797, LOT 6                     :
ADDRESS: 216 12^TH AVE.                     :
                                            :
FORMER ASS'D OWENR(S)                       :
LONON EDWARD                                :
                                            :
(361) BLOCK 1798, LOT 2                     :
ADDRESS: 208 12^TH AVE                      :
                                            :
FORMER ASS'D OWNER(S)                       :
FOGLIA, ROLAND J.                           :
                                            :
(362) BLOCK 1798, LOT 6                     :
ADDRESS: 200 12^TH AVENUE                   :
                                            :
FORMER ASS'D OWNER(S)                       :
B & S INVESTMENTS                           :
                                            :
(363) BLOCK 1799, LOT 40                    :
ADDRESS: 224 SOUTH 8^TH ST.                 :
                                            :
FORMER ASS'D OWNER(S)                       :
OCWEN FEDERAL BANK                          :
                                            :
(364)   OMITTED                             :
                                            :
```

(392) BLOCK 1814, LOT 54                     :
ADDRESS: 222 SOUTH 11TH ST.             :
                                             :
FORMER ASS'D OWNER(S)                        :
**CLARK, MERLW & JOHN DOE**                  :
                                             :
(393) BLOCK 1814, 74                         :
ADDRESS: 205 SOUTH 10TH ST.             :
                                             :
FORMER ASS'D OWNER(S)                        :
**MASTER ROLLER MFG. CORP.**                 :
                                             :
(394) BLOCK 1814, LOT 78                     :
ADDRESS: REAR 201 SOUTH 10TH ST.        :
                                             :
FORMER ASS'D OWNER(S)                        :
**MASTER ROLLER MFG. CORP.**                 :
                                             :
(395) BLOCK 1814, LOT 83                     :
ADDRESS: REAR 203 SOUTH 10TH ST.        :
                                             :
FORMER ASS'D OWNER                           :
**MASTER ROLLER MFG. CORP.**                 :
                                             :
(396)  **OMITTED**                           :
                                             :
(397)  **OMITTED**                           :
                                             :
(398)  **OMITTED**                           :
                                             :
(399)  **OMITTED**                           :
                                             :
(400) BLOCK 1818, LOT 14                     :
ADDRESS: 261½ SOUTH 18TH ST.            :
                                             :
FORMER ASS'D OWNER                           :
**FLOOD, LORETTA**                           :
                                             :
          Defendants.                        :
                                          ___ X

     This cause being opened to the Court by JoAnne Y.

Watson, Corporation Counsel (Ayesha Freeman, Assistant

Corporation Counsel, appearing) attorney for plaintiff, City

of Newark, and it appearing that plaintiff filed its Complaint pursuant to R.S. 54:5-104.29, as amended and supplemented, and the rules of the Court governing such practice and procedure to foreclose In Rem the lands as shown in the Claims Schedule annexed hereto.

That notice is a form prescribed by said statute and was published once in the Star-Ledger, a newspaper circulating in the City of Newark, the municipality wherein the lands to be affected are located, and it appearing that no Answer has been filed in this cause by any person having or claiming to have a right, title, or interest in or to, or lien upon any parcel or land described in the Complaint filed herein within the time fixed by said statute, excepting those claims identified in the Notice of Severance which is being filed simultaneously with this Judgment, and it appearing that the plaintiff has filed a copy of the Complaint filed herein upon any parcel or land described in the Complaint, in the Office of the Tax Collector of the City of Newark, and in the Office of the Register of the County of Essex, and in the Office of the Attorney General of the State of New Jersey, and the Court having read and considered the Verified Complaint filed herein, together with Proof of Publication, Mailing and Posting of said Notice, and Affidavit showing that there has been no

redemption of any of the tax sale certificates; and the Court being satisfied and having determined that there has been compliance with said statute;

IT IS THEREUPON ON THIS / DAY OF ~~SEPTEMBER~~, 2001; *October*

ORDERED AND ADJUDGED, that in pursuance of R.S. 54:5-104.29, as amended and supplemented, all persons having a vested or contingent title or interest in or lien or claim upon or against land more specifically identified in the Schedule, attached hereto and made a part hereof, including the State of New Jersey, and any agency and political subdivision thereof, and their heirs, devisees, and personal representatives and their or any of their heirs, devisees, executors, administrators, grantees, assigns or successors in right, title, or interest notwithstanding any infancy or incompetency of such person or persons, and all other persons, their heirs, devisees and personal representatives and their or any of their heirs, devisees, executors, administrators, grantees, assigns, or successors in the right, title or interest, be barred on the right of redemption and be foreclosed of all prior or subsequent alienations and descents of said lands and encumbrances thereon,

and that an absolute and indefeasible estate of inheritance in

fee simple in said lands be vested in the plaintiff, City of

Newark, a Municipal Corporation of the State of New Jersey.

Neil H. Shuster, P.J. Ch., J.S.C.

Respectfully recommended:
R. 1:34-6 OFFICE OF FORECLOSURE

CITY OF NEWARK

2001 FORECLOSURE

| SCHED NO. | BLOCK | LOT | DESCRIPTION AS IT APPEARS ON TAX DUPLICATE AND IN CERTIFICATE OF SALE | CERT. NO | DATE OF TAX SALE | DATE OF RECORDING CERTIFICATE | BOOK/PAGE ESSEX CO REGISTRAR | AMOUNT OF SALE | LIENS ACCRUING SUBSEQUENT TO TAX SALE EXCLUDING INTEREST, PENALTIES AND COST | AMOUNT TO REDEEM EXCLUDING INTEREST, PENALTIES AND COST | NAME OF OWNER AS IT APPEARS ON LAST TAX DUPLICATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 323 | 1795 | 11 | 343-345 SO 12TH ST | 200159 | 12/16/98 | 6/7/00 | 7518/698 | $4,992.75 | | $13,186.09 | $18,178.84 | NICHOLAS, CLAUDE |
| 324 | 1795 | 63 | 375-372 SO 12TH ST | 200387 | 11/16/00 | | | $9,586.40 | | $9,703.20 | $19,291.98 | BALFOUR, CARLYE W. |
| 325 | 1799 | 11 | 844 SO. 15TH ST | 205369 | 11/16/00 | | | $4,436.22 | | $7,200.60 | $11,677.07 | DORE, WANDA |
| 326 | 1789 | 20 | 535-537 SO ORANGE AVE | 200163 | 12/16/99 | 6/7/00 | 7518/699 | $4,506.51 | | $18,303.93 | $22,810.44 | DURATE PROPERTIES, INC. |
| 327 | 1789 | 22 | 539 SO ORANGE AVE | 200164 | 12/16/99 | 6/7/00 | 7518/700 | $1,051.46 | | $4,390.02 | $5,441.48 | DURATE RECEIVERSHIP |
| 328 | 1789 | 23 | 541 SO ORANGE AVE | 200165 | 12/16/99 | 6/7/00 | 7518/699 | $986.25 | | $4,500.92 | $5,497.17 | DURATE RECEIVERSHIP |
| 329 | 1789 | 24 | 543-545 SO. ORANGE AVE | 200166 | 12/16/99 | 8/7/00 | 7518/722 | $2,008.67 | | $8,134.61 | $10,143.28 | DURATE RECEIVERSHIP |
| 330 | 1789 | 25 | 547 SO. ORANGE AVE | 200167 | 12/16/99 | 6/7/00 | 7518/723 | $1,769.93 | | $6,666.82 | $8,436.18 | 547 SO. ORANGE AVE CORP |
| ~~331~~ | ~~1789~~ | ~~26~~ | ~~657 SO. ORANGE AVE.~~ | ~~200168~~ | ~~11/16/00~~ | | | | | | ~~$1,491.80~~ | ~~ROBERT, DONALD & MARGUERITE~~ |
| ~~332~~ | ~~1789~~ | ~~36~~ | ~~657 SO. ORANGE AVE.~~ | ~~200169~~ | ~~11/16/00~~ | | ~~7518/724~~ | | | | ~~$4,022.20~~ | ~~ROBERT, DONALD & MARGUERITE~~ |
| 333 | 1789 | 42 | 384-386 GROVE ST | 205381 | 11/16/00 | | | $3,512.17 | | $5,971.20 | $9,483.37 | ROBERT, DONALD & MARGUERITE |
| 334 | 1788.01 | 15 | 19 FERDINAND STREET | 200172 | 12/16/99 | 6/7/00 | 7518/725 | $1,209.17 | | $6,570.27 | $7,780.38 | VASSEL, RUEL & WARREN FLOYD |
| ~~335~~ | ~~1789.01~~ | ~~18~~ | ~~61 FERDINAND STREET~~ | ~~200393~~ | ~~09/8/97~~ | ~~8/20/98~~ | ~~0864/222~~ | | | | | ~~VASSEL, RUEL & WARREN FLOYD~~ |
| 337 | 1791 | 25 | 580 1/2 13TH AVENUE | 872033 | 8/25/97 | 8/20/98 | | $815.89 | | $2,632.92 | $3,553.71 | VASSEL, RUEL & WARREN FLOYD |
| 338 | 1791 | 5 | 355 SO 18TH ST | 206394 | 11/16/00 | | | $515.49 | | $2,448.60 | $2,964.09 | BARROW, EMMA |
| 339 | 1791 | 9 | 848 SO 18TH ST | 200188 | 12/16/99 | 6/7/00 | 7518/742 | $2,002.61 | | $3,632.48 | $5,695.09 | ROBINSON, RICEA HATTIE |
| 340 | 1791 | 32 | 392 SO 19TH ST | 200395 | 12/16/99 | | | $4,114.01 | | $4,468.95 | $8,581.04 | WILLIAMS, L. VONSINA |
| ~~341~~ | ~~1791~~ | ~~18~~ | ~~388 SO 19TH ST~~ | ~~206396~~ | ~~11/16/00~~ | | | | | ~~$1,257.69~~ | ~~$1,257.69~~ | ~~DONALD & NESBETH~~ |
| 342 | 1792 | 21 | 392 SO 19TH ST | 206397 | 11/16/00 | | | $451.54 | | $795.16 | $1,247.70 | MUMBLE, JAMES & WILLIE MAE |
| ~~343~~ | ~~1792~~ | ~~41~~ | ~~621 SO. ORANGE AVE~~ | ~~206398~~ | ~~11/16/00~~ | | | | | ~~$800.00~~ | ~~$800.00~~ | ~~WASHINGTON, WILLIE~~ |
| 344 | 1793 | 29 | 390 SO. 20TH ST | 981499 | 8/24/98 | | 5/21/99 | $2,855.34 | | $4,677.74 | $7,393.08 | WASHINGTON, WILLIE |
| 345 | 1793 | 15 | 291 SO 16TH ST | 200400 | 11/16/00 | | | $487.98 | | $2,239.80 | $2,727.78 | KENNEDY, SALLIE RENE & OSSIE |
| 346 | 1793 | 8 | 295 SO 16TH ST | 200401 | 12/16/99 | | | $3,295.63 | | $5,622.88 | $8,918.61 | REEVES, M.F. & SCOVIL |
| 347 | 1793 | 16 | 305-306 SO 16TH STREET | 885112 | 12/18/98 | 5/14/99 | 7281/727 | $504.62 | | $7,429.00 | $7,499.71 | BOWERS DORRIS & PERNIER YVONN |
| 348 | 1793 | 27 | 577 13TH AVE | 200196 | 12/16/99 | 6/7/00 | 7518/760 | $4,285.70 | | $6,340.84 | $7,604.56 | ADAMS, JAMES |
| 349 | 1793 | 59 | 322 SO. 19TH ST | 200228 | 12/16/99 | 6/7/00 | 7519/761 | $2,433.21 | | $8,320.48 | $10,002.29 | CHRISTIAN UNION CENTER |
| 350 | 1794 | 32 | 563 13TH AVE | 206403 | 11/16/00 | | 7518/763 | $6,116.91 | | $8,499.08 | $16,002.18 | THORNE, AUGUSTINE & SHIRLEY |
| 351 | 1794 | 44 | 314 SO. 20TH ST. | 200207 | 11/16/00 | | | | | $29,282.98 | $34,379.29 | CHAPLIV SANFORD |
| 352 | 1794 | 48 | 314 SO. 20TH ST. | 200208 | 12/16/99 | | | $262.24 | | $4,473.39 | $4,735.63 | TURNER FALLS DEVELOPMENT |
| ~~353~~ | ~~1794~~ | ~~54~~ | ~~308 SO 20TH ST~~ | ~~200209~~ | ~~12/16/99~~ | | | ~~$1,620.51~~ | | ~~$4,957.96~~ | ~~$8,757.89~~ | ~~DIAZ JORE & LORENZO WILLIAM~~ |
| ~~354~~ | ~~1795~~ | | ~~302-304 14TH ST~~ | ~~200210~~ | ~~12/16/99~~ | | | ~~$2,951.93~~ | | ~~$6,342.91~~ | ~~$5,899.81~~ | ~~MADVIN, NOLAZ & MORAA~~ |
| 355 | 1795 | 17 | 293 SO. 11TH ST | 206404 | 11/16/00 | | | $55.85 | | $1,094.28 | $12,553.58 | JOSEPH DIFALCO |
| ~~356~~ | ~~1796~~ | | ~~257-268 16TH ST~~ | ~~200406~~ | ~~11/16/00~~ | | | ~~$615.34~~ | | ~~$1,094.72~~ | ~~$1,707.60~~ | ~~ISHMAEL ELLEN L~~ |
| 357 | 1788 | 38 | 263-265 SO. 10TH ST | 206410 | 11/16/00 | | | $1,595.41 | | $2,712.80 | $4,302.40 | SMBHALL SECURITIES |
| 358 | 1788 | 38 | 336 1/2 SO. 11TH ST. | 200411 | 12/16/99 | 6/7/00 | 7518/779 | $4,604.78 | | $7,712.80 | $12,317.58 | WALSH SECURITIES |
| 359 | 1790 | 86 | 286-288 SO. 11TH ST. | 206411 | 11/16/00 | | | $2,310.99 | | $4,788.86 | $7,099.77 | WADE VAN & ANNIE T |
| 360 | 1797 | 8 | 216 12TH AVE | 200233 | 12/16/99 | 6/7/00 | 7518/793 | $45,683.04 | | $1,148.49 | $46,631.52 | CULLER, HILDA M. |
| 361 | 1796 | 6 | 206 12TH AVE | 200412 | 12/16/99 | | | $1,376.92 | | $1,782.56 | $3,149.52 | LONION EDWARD |
| 362 | 1796 | 40 | 224 SO 9TH ST | 200228 | 12/16/99 | 6/7/00 | 7518/793 | $3,884.66 | | $3,582.71 | $5,536.73 | FOGLIA, ROLAND J. |
| 363 | 1799 | 49 | 200-210 SO. 8TH ST. | 200494 | 12/16/99 | 6/27/00 | 7532/083 | $748.81 | | $11,578.34 | $11,576.34 | K S. INVESTMENTS |
| ~~364~~ | ~~1809~~ | ~~49~~ | ~~202-206 SO. 8TH ST~~ | ~~206414~~ | ~~11/16/00~~ | | | ~~$1,245.70~~ | | ~~$10,960.10~~ | ~~$10,960.10~~ | ~~CROWN FEDERAL BANK~~ |
| ~~365~~ | ~~1809~~ | ~~15~~ | ~~197 SO. SIXTH STREET~~ | ~~206416~~ | ~~11/16/00~~ | | | | | ~~$42,345.76~~ | ~~$67,506.32~~ | ~~HICKS, KOSEBT~~ |
| ~~366~~ | ~~1810~~ | | ~~188 SO. 7TH ST~~ | ~~206296~~ | ~~12/16/99~~ | | | ~~$88.19~~ | | ~~$1,251.79~~ | ~~$1,251.79~~ | ~~HICKS, KOSEBT~~ |
| 368 | 1810 | 48 | 118 SOUTH 7TH ST. | 206420 | 11/16/00 | | | $2,435.43 | | $5,746.99 | $8,184.42 | DANIELS, MOSES & ADDIE |

| 355 | 1795/17 | 4931-760 | Spruill Ellen L. |
|-----|---------|----------|------------------|
| 356 | OMITTED | | |
| 357 | 1796/18 | 5562-483 | Alsh Securities |
| 358 | 1796/38 | 5756-56 | Empire Mtg. Inc. |
| 359 | 1796/66 | 4268-505 | Culler, Hilda M. |
| 360 | 1797/6 | 4492-291 | Lonon, Edward |
| 361 | 1798/2 | 5568-754 | Foglia, Roland J. |
| 362 | 1798/6 | 5505-261 | B & S Investments |
| 363 | 1799/40 | 5738-931 | Ocwen Fin. Services Inc. |
| 364 | OMITTED | | |
| 365 | 1799/49 | | Hicks, Robert |
| 366 | OMITTED | | |
| 367 | OMITTED | | |
| 368 | 1810/48 | 4024-349 | Daniels, Moses & Addie |
| 369 | 1811/5 | 3150-366 | Heslin Sr. Conrad & Ida |
| 370 | 1811/20 | 5403-666 | McGee, Nannerl |
| 371 | 1811/41 | 5715-650 | Homefinders Services |
| 372 | OMITTED | | |
| 373 | 1812/39 | | Cioffi, Mary |
| 374 | 1812/48 | 4934-167 | Johnson, Betty |
| 375 | 1812/58 | 5169-41 | Johnson, Alfred & Betty |
| 376 | OMITTED | | |
| 377 | 1813/17 | 5396-758 | Russo, Frank |

Exhibit D

Prepared by:

_Nancy A. Washington_ (signature)

Nancy A. Washington
An Attorney at Law of
the State of New Jersey

May 26, 2004

## ASSIGNMENT OF JUDGMENT

**FOR GOOD AND VALUABLE CONSIDERATION,** the receipt and adequacy of which is hereby acknowledged, **CITYSCAPE CORP., a/k/a Cityscape Mortgage Corp.,** c/o AMC Financial, P.O. Box 8160, Waco, Texas 76714, ("Assignor") hereby grants, assigns, transfers and conveys to **CHEROKEE SOLUTIONS, INC.,** P.O. Box 6357, East Brunswick, NJ 08816, its successors and assigns ("Assignee"), without recourse, all of its right, title and interest in and to that certain Judgment entered on January 2, 2001, by the United States District Court for the Southern District of New York, in the action entitled Cityscape Corp. v. Walsh Securities Corp., in Civil Action No. 98-0223(SHS), granting judgment in favor of plaintiff and against defendant in the amount of $4,732,568.93.

This Assignment of Judgment shall be binding on the parties and their respective successors and assigns.

This Assignment of Judgment is without recourse to Assignor in any manner whatsoever.

This Assignment of Judgment is made in accordance with and subject to the terms of a certain Assignment Agreement between Assignor and Assignee dated as of May 26, 2004.

**IN WITNESS WHEREOF,** the undersigned has executed this Assignment of Judgment on this _26th_ day of May, 2004.

ATTEST:

_(signature)_

Name: Heyward Taylor
Title: Chairman

CITYSCAPE CORP.

By: _(signature)_

Name: Brian N. Gros
Title: President

## CORPORATE ACKNOWLEDGMENT

STATE OF TEXAS

: S.S.:

COUNTY OF

Be it remembered, that on this 26th day of May, 2004, before me, the subscriber, in and for said county, personally appeared **BILL N. GOSS** who, I am satisfied is the person who assigned the within instrument as the **PRESIDENT** of CITYSCAPE CORP., a/k/a Cityscape Mortgage Corp., and delivered the same as such officer aforesaid, and that the within instrument is the voluntary act and deed of such association, made by virtue of a Resolution of its Board of Directors.

Witnesseth my hand and seal.



JERRY P. COWAN
Notary Public
STATE OF TEXAS
My Comm. Exp. 06/02/2007

_____
Notary Public

My commission expires:

## ASSIGNMENT OF JUDGMENT

To the Register or Clerk

County of

CITYSCAPE CORP.,
a/k/a Cityscape Mortgage Corp.,

to

CHEROKEE SOLUTIONS, INC.

Record and return to:

Nancy A. Washington, Esq.
SAIBER SCHLESINGER SATZ
& GOLDSTEIN, LLC
One Gateway Center
13th Floor
Newark, New Jersey 07102

Exhibit E

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| CityScape Corp. | 2:01-mc-00021 |
| DEFENDANT | TYPE OF PROCESS |
| Walsh Securities, Inc. | Sale |

**SERVE** ➡️ **AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. Marshals Service, MLK Federal Bldg & U.S. Courthouse

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
50 Walnut Street, Suite 2005, Newark, NJ  07102

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Francis Ballak, Esq.
Goldenberg, Mackler, Sayegh, Mintz, et al
660 New Road
Northfield, NJ  08225

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):
Fold                                                                                                                          Fold

SALE DATE:  March 28, 2006

TIME:      10:00 A.M.

For:  263-265 S. 10th Street
      Newark, NJ

Signature of Attorney or other Originator requesting service on behalf of:   ☐ PLAINTIFF  ☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | No. 50 | No. 50 | | 2/27/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Sold to Cherokee Solutions, by Francis Ballak | |
| Address (*complete only if different than shown above*) | Date of Service: 3/28/06    Time: 10:15 am |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 1,290.⁰⁰ | | | 1,290.⁰⁰ | | | |

REMARKS:  The property was auctioned for 100.⁰⁰ cash bid to Cherokee Solutions,
Inc. on March 28, 2006. The appraised value of the property was 85,000.⁰⁰
therefore our fees are based on the appraised value.
3% of 6,000.⁰⁰ = 180.⁰⁰
1.5% of 84,000 = 1,260.⁰⁰

NOTE

PRIOR EDITIONS MAY BE USED

**3. NOTICE OF SERVICE**

FORM USM-285 (Rev. 12/15/80)

#4