**GOLDENBERG, MACKLER, SAYEGH, MINTZ,
PFEFFER, BONCHI & GILL**
*A Professional Corporation*
660 New Road, Suite No. 1-A
Northfield, New Jersey 08225
(609) 646-0222   FAX (609) 646-0887
Attorneys for Plaintiff, Cherokee Solutions, Inc. as Assignee of
Judgment from Cityscape Corp. a/k/a Cityscape Mortgage Corp.(52804-11)

BY:   /s/ Keith A. Bonchi
    *KEITH A. BONCHI, ESQ. (KAB3664)*

---

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHEROKEE SOLUTIONS, INC.** as Assignee of Judgment from Cityscape Corp. a/k/a Cityscape Mortgage Corp.<br>    Plaintiff,<br>v.<br>**WALSH SECURITIES CORP.**<br>    Defendant. | Hon. Katharine S. Hayden, U.S.D.J.<br><br>Civil Action No. 2:01-mc-00021-KSH<br><br>**STATEMENT OF COUNSEL THAT NO BRIEF IS NECESSARY** |

Plaintiff, Cherokee Solutions, Inc. as Assignee of Judgment from Cityscape Corp. a/k/a Cityscape Mortgage Corp. has not filed a brief in support of the Notice of Motion to Confirm Marshals Sale because there does not appear to be any legal or factual issue in dispute.

            GOLDENBERG, MACKLER, SAYEGH, MINTZ,
            PFEFFER, BONCHI & GILL

            BY: _____
                **KEITH A. BONCHI, ESQUIRE**

Dated: April 6, 2006