**GOLDENBERG, MACKLER, SAYEGH, MINTZ, PFEFFER, BONCHI & GILL**
*A Professional Corporation*
660 New Road, Suite No. 1-A
Northfield, New Jersey 08225
(609) 646-0222   FAX (609) 646-0887
Attorneys for Plaintiff, Cherokee Solutions, Inc. as Assignee of
Judgment from Cityscape Corp. a/k/a Cityscape Mortgage Corp.(52804-11)

BY: ___/s/ Keith A. Bonchi_____
KEITH A. BONCHI, ESQ. (KAB3664)

---

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

---

| | |
|---|---|
| **CHEROKEE SOLUTIONS, INC.** as Assignee of Judgment from Cityscape Corp. a/k/a Cityscape Mortgage Corp. | Hon. Katharine S. Hayden, U.S.D.J. |
| Plaintiff, | Civil Action No. 2:01-mc-00021-KSH |
| v. | |
| **WALSH SECURITIES CORP.** | **CERTIFICATION OF SERVICE** |
| Defendant, | |

---

On April __6__, 2006, the undersigned mailed in the U.S. Post Office in Northfield, New Jersey, in a sealed envelope with postage prepaid thereon, by regular first class mail, the original and two copies of the within of Notice of Motion for Confirmation of Marshals Sale, Certification of Counsel, Statement of Counsel That No Brief Is Necessary, Order Confirming Sale of Property and Certification of Service to:

Clerk, United States District Court
District of New Jersey
Martin Luther King Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

-and-

on the same date, a copy of same was mailed in the U.S. Post Office in Northfield, New Jersey,

in a sealed envelope with postage prepaid thereon, by regular first class mail, to:

Ayesha Freeman, Asst. Corporation Counsel
City of Newark, Department of Law
920 Broad Street
Newark, NJ 07102

U.S. Marshals Service
District of New Jersey
Martin Luther King Jr. Fed. Bldg. & Courthouse
50 Walnut Street, 2nd Floor, Suite 2009
Newark, NJ 07102
Attn: Elizabeth Baskerville, Civil Section

Robert A. Magnanini, Esquire
Boies Schiller & Flexner, LLP
150 JFK Pkwy.
Short Hills, NJ 07078
Atty. for Walsh Securities, Inc.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
JANET A. BROWN, PARALEGAL
TO KEITH A. BONCHI, ESQUIRE

Dated: April 6, 2006