**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| CityScape Corp. | 2:01-MC-00021 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Walsh Securities, Inc. | NOTICE OF Sale |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Property Located At: 263-265 S. 10th Street, Lot 18, Block 1796

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Newark, NJ 07103

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Francis Ballak, Esq.
Goldenberg, Mackler, Sayegh, Mintz, et al
660 New Road
Northfield, NJ 08225

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please Post on Property: Feb 28, 2006

For: 263-265 S. 10th Street
Newark, NJ

Signature of Attorney or other Originator requesting service on behalf of:
FRANCIS BALLAK, ESQ.
☐ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (609) 646-0222
DATE: 2/27/2006

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 3
District of Origin No.: 50
District to Serve No.: 50
Signature of Authorized USMS Deputy or Clerk
Date: 2/27/06

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
Date of Service: 2/28/2006
Time: 5:30 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 2.08 | | $47.08 | | | |

REMARKS: 2/28/2006 posted  2.9 miles x 2 = 5.8 x .36 = 2.08
45.00
47.08

PRIOR EDITIONS MAY BE USED
**1. CLERK OF THE COURT**
FORM USM-285 (Rev. 12/15/80)

#3