**GOLDENBERG, MACKLER, SAYEGH, MINTZ,**
**PFEFFER, BONCHI & GILL**
*A Professional Corporation*
660 New Road, Suite No. 1-A
Northfield, New Jersey 08225
(609) 646-0222   FAX (609) 646-0887
Attorneys for Plaintiff, Cherokee Solutions, Inc. as Assignee of
Judgment from Cityscape Corp. a/k/a Cityscape Mortgage Corp.(52804-11)


*BY:* ___/s/ Keith A. Bonchi_____
          KEITH A. BONCHI, ESQ. (KAB3664)

---

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| **CHEROKEE SOLUTIONS, INC.** : | |
| as Assignee of Judgment from : | Hon. Katharine S. Hayden, U.S.D.J. |
| Cityscape Corp. a/k/a Cityscape : | |
| Mortgage Corp. : | Civil Action No. 2:01-mc-00021-KSH |
|                     Plaintiff, : | |
| v. : | |
|  : | |
| **WALSH SECURITIES CORP.** : | **ORDER CONFIRMING THE SALE** |
|  : | **OF PROPERTY COMMONLY** |
|           Defendant, : | **KNOWN AS 263-265 SOUTH 10TH** |
|  : | **STREET, NEWARK, NEW JERSEY** |

**THIS MATTER** being opened to the Court by Cherokee Solutions, Inc., as Assignee of Judgment from Cityscape Corp. a/k/a Cityscape Mortgage Corp., by and through its attorneys, Goldenberg, Mackler, Sayegh, Mintz, Pfeffer, Bonchi & Gill, (Keith A. Bonchi, Esquire), on Notice of Motion for entry of an Order confirming the U.S. Marshals Sale of the real property and improvements that are (in part) the subject of this action; and the Court having reviewed the submissions in connection with this motion; and no objections having been filed (or such

objections having been overruled); and due notice having been given; and for good cause shown; **IT IS** on this \_17\_ day of May, 2006 **ORDERED** that the United States Marshals public auction of the sale of real property and improvements commonly known as 263-265 South 10th Street, Newark, New Jersey, together with the personal property and fixtures located therein (collectively, the "Property"), to Cherokee Solutions, Inc. for a credit bid in the amount of One Hundred Dollars ($100.00) at the public auction sale conducted by the U.S. Marshal on March 28, 2006, pursuant to the Writ of Execution issued by this Court on December 29, 2005, be, and it hereby is, approved and confirmed in all respects; and it is further

**ORDERED**, that the United States Marshal be, and he is hereby, instructed to deliver a deed with respect to the property to Cherokee Solutions, Inc. or its Assignee following service of a "filed" copy of this Order upon the United States Marshal.

_____
HON. KATHARINE S. HAYDEN, U.S.D.J.