

**U.S. Department of Justice**

**United States Marshals Service**
*District of New Jersey*

*50 Walnut Street, Room 2009*
*Newark, New Jersey 07102*

Telephone  (973) 645-2404
Facsimile  (973) 693-4142

**April 13, 2006**

Francis Ballak, Esq.
GOLDENBERG, MACKLER, SAYEGH, MINTZ, PFEFFER, BONCHI & GILL
660 New Road
Northfield, NJ  08225

**Re:** Cherokee Solutions/ Cityscape Corp vs. Walsh Securities Corp.
**Case No:** 2:01-MC-00021

Dear Francis Ballak, Esq.:

We have received deposits totaling the amount of **$1,100.00** with regards to the above-captioned case.  However, our expenses have exceeded that amount.

The enclosed U.S. Marshals Service Closeout Expenses and Disbursement Tally Sheet will provide an explanation for the expenses up to the present time.

We request that you send a check in the amount of **$1,743.80** immediately.  Be advised that we cannot issue a U.S. Marshal's Deed/Bill of Sale for the property sold until we receive the "Order Confirming Sale" and the funds requested.

If you have any questions, please contact, Elizabeth Baskerville, at (973) 645-2404 Ext. 247.

Sincerely,

**JAMES T. PLOUSIS**
**United States Marshal, DNJ**


Enclosure

FOR: <u>263-265 S. 10TH STREET, NEWARK, NJ 07103</u>

# UNITED STATES MARSHALS SERVICE

# PURCHASER SIGNATURE FORM

<u>CITYSCAPE CORP.</u>
vs.
<u>WALSH SECURITIES CORP.</u>

2:01-MC-00021(KSH)

THE PROPERTY DESCRIBED ABOVE WAS BID OFF BY ME FOR THE SUM OF $ _100.<sup>00</sup> (Credit Bid)_, AND I HEREBY AGREE TO COMPLY WITH THE CONDITIONS OF THE SALE SET FORTH HEREIN. THE UNITED STATES MARSHALS SERVICE'S COMMISSION IS BASED UPON THE FAIR MARKET VALUE OF THE PROPERTY, THE JUDGMENT OR A SATISFACTORY BID.

_March 28, 2006_
DATE

_Cherokee Solutions, Inc._
PURCHASER

_PO Box 6357_
ADDRESS

_East Brunswick, NJ 08816_
CITY, STATE, ZIP CODE

*Re:* Cherokee Solutions/ Cityscape Corp vs. Walsh Securities Corp.
*Case No:* 2:01-MC-00021

### CLOSEOUT EXPENSES AND DISBURSEMENT / TALLY SHEET

Service of Process..................................................................................$180.00
Mileage...................................................................................................$2.80
Overtime.................................................................................................$
Tolls.......................................................................................................$
Insurance...............................................................................................$
  Date Beg.          Date End.
Guard Service........................................................................................$
Storage Expenses..................................................................................$
U.S. Marshals Commission....................................................................$1,290.00
Advertising............................................................................................$1,351.00
Forwarding Fees...(Process sent to another district for service)....$
Other...........(Notice of Sale / Bill of Sale / Deed) ..........................$20.00

Total Expenses.....................................................................................$2,843.80

Deposit.................................................................................................$1,100.00

Deposit Received from Sale..................................................................$

Amount Previously Reimbursed...........................................................$

**BALANCE OWED TO THE U.S. MARSHALS** .............................**$1,743.80**

FOR: 263-265 S. 10TH STREET, NEWARK, NJ 07103

# UNITED STATES MARSHALS SERVICE

## LIST OF BIDDERS

RE: CITYSCAPE CORP. vs. WALSH SECURITIES CORP.

CIVIL NUMBER #: 2:01-MC-00021(KSH)

DATE OF SALE: MARCH 28, 2006

| NAME | ADDRESS | AMOUNT |
|---|---|---|
| Fran Ballak, Esq. Atty for N: | Cherokee Solutions, Inc. P.O. Box 6357 East Brunswick, NJ 08816 | 100.00 (Credit Bid) |