# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| CityScape Corp. | 2:01-MC-00021 |
| DEFENDANT | TYPE OF PROCESS |
| Walsh Securities, Inc. | SALE |

**SERVE ➤ AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. Marshals Service, MLK Federal Bldg & U.S. Courthouse

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
50 Walnut Street, Suite 2009, Newark, NJ 07102

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Francis Ballak, Esq.
Goldenberg, Mackler, Sayegh, Mintz, et al
660 New Road
Northfield, NJ 08225

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

SALE DATE: March 28, 2006
TIME: 10:00 A.M.

For: 263-265 S. 10th Street
Newark, NJ

**RECEIVED** MAY 1 0 2006 AT 8:30 M WILLIAM T. WALSH, CLERK

Signature of Attorney or other Originator requesting service on behalf of:
☐ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER    DATE

---

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | No. 50 | No. 50 | | 2/27/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Sold to Cherokee Solutions, by Francis Ballak

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 03 28 06    Time: 10:15 am

Signature of U.S. Marshal or Deputy

**\* Add $45.00 For Sale**

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| *$1,290.00 | — | | $1,290.00 | | | |

REMARKS: This property was auctioned for $100.00 credit bid to Cherokee Solutions Inc. on March 28, 2006. The appraised value of the property was $85,000.00 therefore our fees are based on the appraised value.
3% of 1,000.00 = $30.00
1.5% of 84,000.00 = $1260.00

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

#4