# GOLDENBERG, MACKLER, SAYEGH, MINTZ, PFEFFER, BONCHI & GILL

HARRY A. GOLDENBERG (1938-2003)
KENNETH D. MACKLER***
JOSEPH BRAN SAYEGH**
LAWRENCE A. MINTZ***
MARK PFEFFER**
KEITH A. BONCHI
MICHAEL A. GILL****
MICHAEL J. MACKLER**
HOWARD J. HEALD
ALLISON E. WEINER
DAWN VAN KEUREN
FRANCIS J. BALLAK
LAUREN E. TYLER
NANCY MARTELLO

JEFFREY D. LIGHT, OF COUNSEL, APM*
MARK B. VASSER, OF COUNSEL

*ACCREDITED PROFESSIONAL MEDIATOR
IN COMMERCIAL AND DIVORCE MEDIATION
CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY IN THE FOLLOWING AREAS
** CIVIL TRIAL LAW
*** WORKERS' COMPENSATION LAW
**** MATRIMONIAL LAW

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
660 NEW ROAD, SUITE 1-A
NORTHFIELD, NEW JERSEY 08225
http://www.gmslaw.com
TAX ID #22-1980737
--------
(609) 646-0222
FAX (609) 646-0887

Email: keith@gmslaw.com

July 17, 2006

**ATLANTIC CITY OFFICE**
1030 ATLANTIC AVENUE
ATLANTIC CITY, NJ 08401
(609) 344-7131
FAX
(609) 347-6024

**RIO GRANDE OFFICE**
THE HERALD BUILDING
1508 ROUTE 47 SOUTH, SUITE 3
RIO GRANDE, NJ 08242
(609) 886-4333
FAX
(609) 886-9141

**GALLOWAY OFFICE**
RISLEY SQUARE, SUITE 203
319 E. JIMMIE LEEDS ROAD
GALLOWAY, NJ 08205
(609) 404-0661
FAX
(609) 404-1886

P L E A S E   R E P L Y   T O
**NORTHFIELD**

VIA NEW JERSEY LAWYERS' SERVICE

Clerk, U.S. District Court
District of New Jersey
M.L. King, Jr. Fed. Bldg. & U.S. Courthouse
50 Walnut St.
Newark, NJ 07102

RE:   Cityscape Corp. v. Walsh Securities Corp.
      Case No. 2:01-mc-00021-KSH (98-0223-SHS)/Judgment No. 01,0012/$4,732,568.93
      Our File No. 56665-06

Dear Sir/Madam:

Enclosed herein for filing please find original and two copies of Assignment of Judgment from Cherokee Resolutions, Inc. f/k/a Cherokee Solutions, Inc. to Windsor Asset Management, Inc. in the above captioned matter.

Please file same and return a "filed" copy to the undersigned in the enclosed, self-addressed, stamped envelope. Thank you for your courtesy and cooperation.

Respectfully yours,

KEITH A. BONCHI

KAB:jab
Encl.
cc:   Jay Wolfkind