**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

| | |
|---|---|
| **U.S. Department of Justice**<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See *"Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Judgment Holder Windsor Asset Management, Inc. | 2:01-mc-00021-KSH |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Walsh Securities Corp. a/k/a Walsh Securities, Inc. et al. | Writ |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Robert C. Walsh

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

46 Laura Lane, Morristown, NJ 07960

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Keith A. Bonchi, Esquire<br>Goldenberg, Mackler, Sayegh, Mintz, Pfeffer, Bonchi & Gill<br>660 New Road, Suite 1A<br>Northfield, NJ 08225 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                            Fold

Judgment Holder, Windsor Asset Management, Inc.

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(609) 646-0222 | DATE<br>2/23/07 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>2 | District of Origin<br>No. 50 | District to Serve<br>No. 50 | Signature of Authorized USMS Deputy or Clerk | Date<br>3/23/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date<br>4/5/07 | Time<br>6:00 | ☐ am ☒ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| $45.00 | $17.28 | | 6228 | 100.00 | $0.00    37.72 |

REMARKS: Daughter of Robert Walsh / Melissa Walsh.
Robert Walsh was on vacation

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

2:01-mc-00021-6

RECEIVED USMS

CI MAR 21 PH 3: 41

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

Civil Action No. 2:01-mc-00021-KSH
Case No. 98-0223
***PLURIES* WRIT OF EXECUTION
FOR REGISTERED JUDGMENTS**

**TO THE MARSHAL OF THE UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY**

**WHEREAS,** judgment was entered on the 4th day of **January, 2001** in an action in the United States District Court, **Southern District of New York** between **Cityscape Corp.** plaintiff(s) and defendant(s) in favor of said **Cityscape Corp.** and against said **Walsh Securities Corp., a/k/a Walsh Securities, Inc., a/k/a Walsh Securities Incorporated, a/k/a Walsh Holdings, a/k/a Walsh Holdings, LLC, a/k/a Walsh Holdings, Inc., a/k/a Walsh Property, Inc., a/k/a Walsh Property, LLC, f/k/a GF Mortgage Corp., GF Holdings, Inc., a/k/a GF Holdings, LLC, a/k/a GF Property, Inc., a/k/a GF Property LLC, n/k/a Equity Rewards Mortgage, Inc., a/k/a WSI, Inc., a/k/a Fireside Financial, Inc., a/k/a Real Money, Inc.** for the sum of **$4,732,568.93** and costs taxed in the sum of **$-0-** (the "**Judgment**") and assigned to **Cherokee Solutions, Inc., n/k/a Cherokee Resolutions, Inc.** by Assignment of Judgment dated May 26, 2004 and assigned to **Windsor Asset Management, Inc. (the "Judgment Holder")** by Assignment of Judgment dated February 8, 2006 as appears by the Judgments filed in the Office of the Clerk of the United States District Court, District of New Jersey; **and**

**WHEREAS,** the said Judgment was duly entered in the Office of the Clerk of the United States District Court, District of New Jersey, and the sum of **$4,732,568.93**, plus taxed costs[1] in the sum of **$-0-** , **plus post-judgment interest**[2] is now actually due thereon;

**THEREFORE,** you are hereby commanded to satisfy the said Judgment out of the personal property of the said judgment debtor, as set forth in the attached affidavit, which specifically includes **any future settlement proceeds in the matter of** <u>**Walsh Securities, Inc. v. Cristo Property Management**</u> **(Civil Action No. CV-97-3496) which come into the possession, custody or control of Robert Walsh, Walsh Securities or any Walsh entity named herein within one (1) year after the date of this execution,** and if sufficient personal property cannot be found, then out of the real property belonging to such judgment debtor at the time said Judgment was entered in the Office of the Clerk of this Court, or at any time thereafter, in whosoever hands the same may be, as set forth in the attached affidavit and that you do pay the moneys realized by you from such property directly to said **Judgment Holder** or to their attorney in the said action, and return this execution and your proceedings thereon within one (1) year after date of its issuance to the Clerk of the United States District Court, District of New Jersey.

---

[1] The Judgement Holder reserves the right make an application to add on the costs and legal fees for post judgment collection efforts.

[2] The Judgment Holder reserves the right to add on additonal post-judgment interest that has accrued on the Judgment since January 2, 2007, in the event that the principal amount of the Judgment is satisfied by assets seized.

**WE FURTHER COMMAND YOU**, that in case of a sale, you make return of this Writ with your proceedings thereon before said Clerk and pay to the Clerk of this Court any surplus in your hands within thirty (30) days after said sale.

**WITNESS**, the Honorable <u>Katherine S. Hayden</u>, a Judge of the United States District Court, District of New Jersey this <u>2</u> day of <u>March</u>, 2007.

Prepared by:

_____
Keith A. Bonchi, Esquire

Address:  Goldenberg, Mackler, Sayegh,
          Mintz, Pfeffer, Bonchi & Gill
          660 New Road, Suite 1A
          Northfield, NJ 08225

William T. Walsh, Clerk
United States District Court

By:_____
                    Deputy Clerk

LEVY:

| | |
|---|---|
| Damages | $4,732,568.93 |
| Costs | $      -0- |
| Interest[2] from January 4, 2001 | $1,515,621.10 |
| SUBTOTAL | $6,248,190.03 |
| Less Collections & Credits | $   152,948.27 |
| TOTAL DUE: | $6,095,241.76 |

Besides Marshal's Execution Fees

Civil Action No. 2:01-mc-00021-KSH
Case No. 98-0223

## *PLURIES* WRIT OF EXECUTION FOR REGISTERED JUDGMENTS

COUNTTY OF ATLANTIC:

                  :                            **AFFIDAVIT**

STATE OF NEW JERSEY:

**KEITH A. BONCHI, ESQUIRE** being duly sworn, says:

1.      I am the attorney for Judgment Holder/Creditor in the matter of Cityscape Corp. v. Walsh Securites, Corp., Misc. Action No. 2:01-00021 (KSH), Case No. 98-0223, and in that capacity and in conformance with N.J.S. 2A:17-1, et. seq., as made applicable to this case by Rule 69(a), Fed. R. Civ. P., I have reviewed documents and information regarding the judgment debtor's assets as provided on behalf of the judgment debtor, if any were so provided, as well as public records thereof.

2.      I have determined the following non-exempt personal property of the judgment debtor is subject to execution in satisfaction of the judgment therein:

| PROPERTY DESCRIPTION | PROPERTY LOCATION |
|---|---|
| Any and all assets or the proceeds of any settlement in the name of **Walsh Securities Corp., a/k/a Walsh Securities, Inc., a/k/a Walsh Securities Incorporated, a/k/a Walsh Holdings, a/k/a Walsh Holdings, LLC, a/k/a Walsh Holdings, Inc., a/k/a Walsh Property, Inc., a/k/a Walsh Property, LLC, f/k/a GF Mortgage Corp., GF Holdings, Inc., a/k/a GF Holdings, LLC, a/k/a GF Property, Inc., a/k/a GF Property LLC, n/k/a Equity Rewards Mortgage, Inc., a/k/a WSI, Inc., a/k/a Fireside Financial, Inc., a/k/a Real Money, Inc. (collectively "Walsh Securities")**, in the possession, custody or control of Robert C. Walsh including but not limited to any proceeds from the matter of Walsh Securites, Inc. v. Cristo Property Management (Civil Action No. CV-97-3496). | Contact at Location:<br>**Robert C. Walsh**<br>(973) 644-2434<br><br>46 Laura Lane<br>Morristown, NJ 07960 |

3.      I have determined the following non-exempt real property of the judgment debtor is subject to execution in satisfaction of the judgment therein:

_____

KEITH A. BONCHI, ESQUIRE

Subscribed and sworn before me this *23rd*
day of February, 2007

NOTARY PUBLIC OF NEW JERSEY
My Comm. Expires March 15, 2009

**RETURNABLE ON OR BEFORE**

**3-2-2008**
_____

Recorded in the Clerk's Office of the United States District Court for the District of New Jersey in Book NO 7 of Execution, Page 41 .

William T. Walsh, Clerk
United States District Court

By:_____
                                    Deputy Clerk