**GOLDENBERG, MACKLER, SAYEGH, MINTZ,**
**PFEFFER, BONCHI & GILL**
*A Professional Corporation*
660 New Road, Suite No. 1-A
Northfield, New Jersey 08225
(609) 646-0222   FAX (609) 646-0887
Attorneys for Plaintiff, Windsor Asset Management, Assignee of Judgment from Cherokee
Resolutions, Inc. f/k/a Cherokee Solutions, Inc. as Assignee of Cityscape Corp. a/k/a Cityscape
Mortgage Corp.(56665-1)


*BY:* ____/s/ Keith A. Bonchi_____
         *KEITH A. BONCHI, ESQ. (KAB3664)*

---

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| **CITYSCAPE CORP.** : | |
| : | Hon. Katharine S. Hayden, U.S.D.J. |
| Plaintiff, : | |
| v. : | Civil Action No. 2:01-mc-00021-KSH |
| : | |
| **WALSH SECURITIES CORP.** : | **CONSENT ORDER TO RELEASE LEVY** |
| : | **ON ROBERT A. MAGNANINI, ESQUIRE** |
| : | **and/or BOIES SCHILLER & FLEXNER,** |
| Defendant. : | **LLP AND ON ROBERT C. WALSH** |

---

THIS MATTER being opened to the Court by Goldenberg, Mackler, Sayegh, Mintz,

Pfeffer, Bonchi & Gill (Keith A. Bonchi, Esquire) attorneys for the Judgment Holder, Windsor

Asset Management, Inc., Assignee of Cherokee Resolutions, Inc. f/k/a Cherokee Solutions, Inc.,

Assignee of Cityscape Corp., and it appearing to the Court that the Judgment Holder, Windsor

Asset Management, Inc. requests that the Court release the levy that was placed on Robert A.

Magnanini, Esquire and/or Boies, Schiller & Flexner, LLP on April 3, 2007, and on Robert C.

Walsh on April 5, 2007, and for good cause appearing;

**IT IS** on this _____ day of July, 2007 **ORDERED AS FOLLOWS:**

1.      The Court hereby authorizes a release of the Pluries Writ of Execution that was

levied on Robert Magnanini, Esquire and/or Boies, Schiller & Flexner, LLP and Robert C.

Walsh.

2.      A copy of the within Order shall be served upon all counsel within seven days.

I hereby consent to the form of the within Order:

GOLDENBERG, MACKLER, SAYEGH,
MINTZ, PFEFFER, BONCHI & GILL

By: _____
        KEITH A. BONCHI, ESQ.
        Attorney for Judgment Holder
        Windsor Asset Management, Inc.

BOIES SCHILLER & FLEXNER, LLP

By: _____
        ROBERT A. MAGNANINI, ESQ.
        Attorney for Defendant,
        Walsh Securities Corp. a/k/a Walsh Securities, Inc. et als.
        and Robert C. Walsh