## Other Orders/Judgments
2:01-mc-00021-KSH CITYSCAPE CORP. v. WALSH SECURITIES

### U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 7/25/2007 at 9:33 AM EDT and filed on 7/23/2007
**Case Name:**       CITYSCAPE CORP. v. WALSH SECURITIES
**Case Number:**     2:01-mc-21
**Filer:**
**Document Number:** 64

**Docket Text:**
CONSENT ORDER authorizing the release of the Pluries Writ of Execution that was levied on Robert
Magnanini, Esq. and/or Boies, Schiller & Flexner, LLP and Robert C. Walsh. Signed by Judge
Katharine S. Hayden on 7/23/07. (jgb)

**2:01-mc-21 Notice has been electronically mailed to:**

DANIELLE PANTALEO     dp@saiber.com

**2:01-mc-21 Notice has been delivered by other means to:**

ANGEL S. ARIAS
GIBSON, DUNN & CRUTCHER
200 PARK AVENUE
47TH FLOOR
NEW YORK, NY 10166-0193

KEITH A. BONCHI
GOLDENBERG, MACKLER & SAYEGH, P.A.
A PROFESSIONAL CORPORATION
660 NEW ROAD
SUITE 1-A
NORTHFIELD, NJ 08225

BRUCE J. MELTZER
A PROFESSIONAL CORPORATION
4201 GRENWICH LANE
MOUNT LAUREL, NJ 08054

The following document(s) are associated with this transaction:

**Document description:**Main Document

CLERK
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101-0419

OFFICIAL BUSINESS

Robert A. Magnanini, Esq.
150 JFK Parkway
Short Hills, NJ 07078

RECEIVED
2001 JUL 30 A 10: 59
U.S. DISTRICT COURT

NIXIE     070   CC 1     30  07/27/07

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 07101041919      *2530-08020-25-42