## GIBSON, DUNN & CRUTCHER LLP

LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

200 PARK AVENUE
NEW YORK, NEW YORK 10166-0193

(212) 351-4000
FACSIMILE: (212) 351-4035

LOS ANGELES
333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3197

CENTURY CITY
2029 CENTURY PARK EAST
LOS ANGELES, CALIFORNIA 90067-3026

ORANGE COUNTY
4 PARK PLAZA
IRVINE, CALIFORNIA 92614-8557

SAN DIEGO
401 WEST A STREET
SAN DIEGO, CALIFORNIA 92101

SAN FRANCISCO
ONE MONTGOMERY STREET, TELESIS TOWER
SAN FRANCISCO, CALIFORNIA 94104-4505

PALO ALTO
1530 PAGE MILL ROAD
PALO ALTO, CALIFORNIA 94304-1125

JAS. A. GIBSON, 1852-1922
W. E. DUNN, 1861-1925
ALBERT CRUTCHER, 1860-1931

DALLAS
1717 MAIN STREET
DALLAS, TEXAS 75201-7390

DENVER
1801 CALIFORNIA STREET
DENVER, COLORADO 80202-2641

WASHINGTON
1050 CONNECTICUT AVENUE, N.W.
WASHINGTON, D.C. 20036-5306

PARIS
104 AVENUE RAYMOND POINCARÉ
75116 PARIS, FRANCE

LONDON
30/35 PALL MALL
LONDON SW1Y 5LP

February 9, 2001

WRITER'S DIRECT DIAL NUMBER
(212) 351-5391

OUR FILE NUMBER
T 15566-00028

MISC-01-21
(KSH)

VIA UPS NEXT DAY OVERNIGHT

Mr. Walt Towers
Office of the Clerk
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

Re:  *Cityscape Corp. v. Walsh Securities Corp.*, United States District Court, Southern District of New York, Docket No. 98 Cv. 0223 (SHS)

Dear Mr. Towers:

As we discussed, enclosed is a Certification of Judgment for Registration in Another District and a certified copy of the Judgment in this matter for filing in the District of New Jersey. I have provided a check for $30.00 to cover the registration fee. I have also enclosed an office copy of the Certification and Judgment for "file stamping". Please return this copy to me in the self-addressed stamped envelope provided.

If you have any questions regarding this filing, please do not hesitate to call me. Thank you.

Sincerely,

Angel S. Arias
Paralegal

ASA/asa
Enclosures

80166732_1.DOC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

CITYSCAPE CORP.,

                                  Plaintiff,

    -against-

WALSH SECURITIES CORP.,

                     Defendants.

-------------------  --------------------------------------X

FILED
FEB 1 3 2001
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

98 CIVIL 0223(SHS)
CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT
JUDGMENT #01,0012

NJ Misc # 01-21 (KSH)

      I, JAMES M. PARKISON, Clerk of this United States District Court certify that the attached is a true and correct copy of the original judgment entered in this action on Jan. 4, 2001 as it appears in the records of this court, and that * no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Civil Procedure.

      IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on February 5, 2001.

_____
Clerk

_____
(By) Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x
CITYSCAPE CORP.,

        Plaintiff,

  v.

WALSH SECURITIES CORP.,

        Defendant.
- - - - - - - - - - - - - - - - - - x

98 Civ. 223 (SHS)

JUDGMENT AND ORDER

# 01,0012

CERTIFIED
JAMES M. PARKISON

SIDNEY H. STEIN, U.S. District Judge.

    Plaintiff Cityscape Corp. ("Cityscape") having moved this Court on October 22, 1999 for partial summary judgment on Cityscape's breach of contract claim against defendant Walsh Securities Corp., ("Walsh") for 32 loans (the "New Jersey Loans") and

    The Court having given due and careful consideration to the matters at issue and having set forth its findings of fact and conclusions of law in Opinions dated June 8, 2000, and October 20, 2000:

    WHEREAS, this Court's Order dated June 8, 2000 granted Cityscape partial summary judgment on Cityscape's claims relating to the 32 New Jersey Loans;

    WHEREAS, this Court's Order dated October 20, 2000 denied Walsh's claim for an offset of Cityscape's damages;

WHEREAS, this Court's Order dated October 20, 2000 determined that Cityscape's damages were $4,732,568.93;

IT IS HEARBY ORDERED AND ADJUDGED as follows:

1. Cityscape is granted partial summary judgment on its claim for breach of contract for the 32 New Jersey Loans;

2. Cityscape's motion for an order awarding damages for the 32 New Jersey Loans is granted;

3. Cityscape is awarded damages in the amount of $4,732,568.93;

4. Walsh is granted summary judgment on its motions to dismiss Cityscape's claims relating to the Appraisal Variance Loans;

5. Walsh's counterclaims are dismissed.

Dated:   New York, New York
         ~~December~~ ___, ~~2000~~

SO ORDERED: 1|2|01

_____
Sidney H. Stein, U.S.D.J.

80155400_1.DOC

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON 1-4-01

2